**I.    Supplement to Question #4 - Location of principal assets if different from principal place of business.**

- Sunnyside Community Hospital Association dba Sunnyside Community Hospital & Clinics dba Astria Sunnyside Hospital
    - 1016 Tacoma Ave., Sunnyside, WA, 98944, United States
- SHC Medical Center - Yakima dba Astria Regional Medical Center
    - 110 S. 9th Ave., Yakima, WA, 98902-3315, United States
- SHC Medical Center - Toppenish dba Astria Toppenish Hospital
    - 502 W. 4th Ave., Toppenish, WA, 98948, United States

**II.    Supplement to Question #10 - Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

Debtor: Glacier Canyon, LLC                  Relationship: Affiliate
District: Eastern District of Washington      When: Same filing date.
Case number, if known: Unknown

Debtor: Kitchen and Bath Furnishings, LLC     Relationship: Subsidiary
District: Eastern District of Washington      When: Same filing date.
Case number, if known: Unknown

Debtor: Oxbow Summit, LLC                     Relationship: Affiliate
District: Eastern District of Washington      When: Same filing date.
Case number, if known: Unknown

Debtor: SHC Holdco, LLC                       Relationship: Affiliate
District: Eastern District of Washington      When: Same filing date.
Case number, if known: Unknown

Debtor: SHC Medical Center – Toppenish        Relationship: Affiliate
District: Eastern District of Washington      When: Same filing date.
Case number, if known: Unknown

Debtor: SHC Medical Center – Yakima           Relationship: Affiliate
District: Eastern District of Washington      When: Same filing date.
Case number, if known: Unknown

Debtor: Sunnyside Community Hospital Association   Relationship: Affiliate
District: Eastern District of Washington      When: Same filing date.
Case number, if known: Unknown

Debtor: Sunnyside Community Hospital Home     Relationship: Affiliate
        Medical Supply, LLC
District: Eastern District of Washington      When: Same filing date.
Case number, if known: Unknown

Debtor    Astria Health                                    Case number _____

Debtor:  <u>Sunnyside Home Health</u>                      Relationship:  <u>Subsidiary</u>
District:  <u>Eastern District of Washington</u>           When:  <u>Same filing date.</u>
Case number, if known:  <u>Unknown</u>

Debtor:  <u>Sunnyside Professional Services, LLC</u>       Relationship:  <u>Affiliate</u>
District:  <u>Eastern District of Washington</u>           When:  <u>Same filing date.</u>
Case number, if known:  <u>Unknown</u>

Debtor:  <u>Yakima Home Care Holdings, LLC</u>             Relationship:  <u>Affiliate</u>
District:  <u>Eastern District of Washington</u>           When:  <u>Same filing date.</u>
Case number, if known:  <u>Unknown</u>

Debtor:  <u>Yakima HMA Home Health, LLC</u>                Relationship:  <u>Affiliate</u>
District:  <u>Eastern District of Washington</u>           When:  <u>Same filing date.</u>
Case number, if known:  <u>Unknown</u>

**III.    Supplement to Question #12 - Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- Sunnyside Community Hospital Association dba Sunnyside Community Hospital & Clinics dba Astria Sunnyside Hospital
  - 1016 Tacoma Ave., Sunnyside, WA, 98944, United States
- SHC Medical Center - Yakima dba Astria Regional Medical Center
  - 110 S. 9th Ave., Yakima, WA, 98902-3315, United States
- SHC Medical Center - Toppenish dba Astria Toppenish Hospital
  - 502 W. 4th Ave., Toppenish, WA, 98948, United States

19-01189-11   Doc 1-1   Filed 05/06/19   Entered 05/06/19 08:53:25   Pg 2 of 2