# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF TRUSTEES
# OF
# ASTRIA HEALTH

The board of trustees (the "Board") of Astria Health (the "Company"), hereby adopts the following resolutions by unanimous written consent:

**A. Chapter 11 Case:**

WHEREAS, the Board has considered the financial and operational aspects of the Company and the Company's business, and the recommendations of the Company's professionals and advisors;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's assets and services, and the current and long-term liabilities of the Company; and

WHEREAS, the Board has reviewed, considered, and received the recommendations of the senior management of the Company, including the recommendation of John M. Gallagher, the President and Chief Executive Officer, that the Company file a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") commencing a bankruptcy case (the "Chapter 11 Case") in the United States Bankruptcy Court for the Eastern District of Washington (the "Bankruptcy Court") on behalf of the Company, and the Company's professionals and advisors as to the terms of the proposed restructuring to be implemented during the course of the Chapter 11 Case of the Company.

NOW, THEREFORE, BE IT RESOLVED: That in the judgment of the Board, it is necessary, advisable and in the best interests of this Company, having considered the charitable mission of the Company, as well as the interests of creditors and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code;

BE IT FURTHER RESOLVED, that as the Sole Member and/or Parent of various affiliates and subsidiaries, and upon the recommendation of the CEO, in consultation with the Company's professionals, it is the judgment of the Board that it is necessary, advisable, and in the best interest of the Company's affiliates and or subsidiaries, having considered the charitable mission of the affiliates and or subsidiaries as appropriate, as well as the interests of creditors and other interested parties, that voluntary petitions be filed by the Company's affiliates and or subsidiaries under the provisions of the Bankruptcy Code;

BE IT FURTHER RESOLVED, that John M. Gallagher, in his discretion, is hereby is authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which he deems necessary and proper in connection with the Company's bankruptcy case;

BE IT FURTHER RESOLVED, that the Company in general and John M. Gallagher in particular, hereby is authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as it, in its discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT FURTHER RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved, and ratified.

B. **Retention of Advisors:**

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is necessary, advisable and in the best interests of the Company, having considered the interests of creditors and other interested parties, to employ the law firm of Dentons US, LLP as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Dentons US, LLP;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is necessary, advisable and in the best interests of the Company, having considered the charitable mission of the Company, as well as the interests of creditors and other interested parties, to engage local counsel for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is necessary, advisable and in the best interests of the Company, having considered the charitable mission of the Company, as well as the interests of creditors and other interested parties, to engage a claims agent for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is necessary, advisable and in the best interests of the Company, having considered the charitable mission of the Company, as well as the interests of creditors and other interested parties, to engage a financial advisor for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is necessary, advisable and in the best interests of the Company, having considered the charitable mission of the Company, as well as the interests of creditors and other interested parties, to engage Michael Lane as Chief Restructuring Officer for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval; and

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that the Company is authorized to retain other professionals as determined to be necessary in connection with the Chapter 11 Case, subject to Bankruptcy Court approval;

NOW, THEREFORE,

BE IT RESOLVED, that the Company is authorized to engage Dentons US LLP as general bankruptcy counsel for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval;

BE IT RESOLVED, that the Company is authorized to engage local counsel for the Company upon the approval of John M. Gallagher in connection with the Chapter 11 Case, subject to Bankruptcy Court approval;

BE IT RESOLVED, that the Company is authorized to engage a claims agent for the Company upon the approval of John M. Gallagher in connection with the Chapter 11 Case, subject to bankruptcy court approval;

BE IT RESOLVED, that the Company is authorized to engage a financial advisor for the Company upon the approval of John M. Gallagher in connection with the Chapter 11 Case, subject to Bankruptcy Court approval;

BE IT RESOLVED, that the Company is authorized to engage Michael Lane as chief restructuring officer for the Company in connection with the Chapter 11 Case, subject to bankruptcy court approval;

BE IT RESOLVED, that John M. Gallagher, in his discretion, is hereby authorized and directed on behalf of and in the name of the Company to employ additional professionals as he deems necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions; that he, in his discretion, is authorized and directed on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of any additional professional; and

BE IT RESOLVED, that John M. Gallagher, in his discretion, is hereby authorized and empowered on behalf of and in the name of the Company to engage and retain all assistance by legal counsel, accountants, investment banking advisors, financial advisors, restructuring advisors, and any other professionals, subject to Bankruptcy Court approval, and to perform any and all further acts and deeds that he deems necessary, proper and/or advisable, in furtherance thereof with a view to the successful prosecution of the Chapter 11 Case.

C. **Credit Facility:**

WHEREAS, it has been proposed that the Company and its affiliates and subsidiaries (i) enter into that certain Debtor in Possession Credit Facility with JMB Financial Advisors or a designated affiliate (the "Lender") providing: (a) that a $36 million non-revolving loan which will fund operations and administration of the Chapter

3
110748565\V-4

19-01189-11    Doc 1-2    Filed 05/06/19    Entered 05/06/19 08:53:25    Pg 3 of 9

11 Case and payoff existing lenders Banner Bank and MidCap Financial, secured by all of the assets of Sunnyside Community Hospital Association dba Sunnyside Community Hospital & Clinics dba Astria Sunnyside Hospital and accounts receivable of SHC Medical Center - Yakima dba Astria Regional Medical Center and SHC Medical Center - Toppenish dba Astria Toppenish Hospital; (b) that interest on the loan is payable monthly with an interest rate of twelve (12) percent on outstanding funds drawn; (c) that the loan matures at the earlier of confirmation of a plan of reorganization, sale of substantially all assets, or on December 31, 2019; and (d) that certain milestones are met with regard to the Chapter 11 Case if cash flow from operations are not sufficient to sustain operations without additional borrowing within 120 days of the commencement of the Chapter 11 Case, all of which the Company and its affiliates and subsidiaries, as borrowers, in their capacities as debtors in possession in the Chapter 11 Case will execute in the forms presented to the Board subject to any further modifications negotiated between the Company and its affiliates and subsidiaries and Lender and approved by John M. Gallagher in the exercise of his reasonable discretion and upon the advice of counsel to be in the best interests of the Company and its affiliates and subsidiaries; and (ii) adopt that certain budget (the ***"Budget"***) presented to the Board subject to any further modification negotiated between the Company and its affiliates and subsidiaries and Lender and approved by the John M. Gallagher in the exercise of his reasonable discretion; and

 WHEREAS, after due consideration, the Board deems it advisable and in the best interests of the Company and its affiliates and subsidiaries, their creditors and other parties in interest to approve the DIP Credit Facility and adopt the Budget and, subject to the approval of the Bankruptcy Court, to enter into and perform under the DIP Credit Facility and to act in accordance with any related orders of the Bankruptcy Court.

 NOW, THEREFORE, BE IT RESOLVED, that the DIP Credit Facility and the Budget, subject to any further modifications negotiated between the Company and its affiliates and subsidiaries and Lender and approved by John M. Gallagher in the exercise of his reasonable discretion and upon the advice of counsel are adopted, approved and ratified in all respects; and

RESOLVED FURTHER, that John M. Gallagher, in his discretion, is hereby authorized and directed on behalf of and in the name of the Company and its affiliates and subsidiaries to sign the DIP Credit Facility for and on behalf of the Company and its affiliates and subsidiaries, to do or cause to be done all such acts and things, and to take all actions deemed necessary or appropriate, to cause the Company and its affiliates and subsidiaries to obtain the Bankruptcy Court's approval of the DIP Credit Facility and the Budget.

## CERTIFICATE

The undersigned Board of Trustees of the Company, hereby certify as follows:

1. We are the duly qualified and elected Board Trustees and, as such, are familiar with the facts herein certified and are duly authorized to certify same on behalf of the Company.

2. The foregoing is a true, complete and correct copy of the resolutions of the Board of Trustees of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this certificate as of the 19th day of April 2019. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board of Trustees of the Company and shall have the same force and effect as a unanimous vote of the Trustees. The action of the Board may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument.

_____
Mary Ann Bliesner, Chair

_____
John Gallagher, President & CEO, Trustee

_____
Derek Kieta, MD, Trustee

_____
Ryan Maxwell, Trustee

_____
Tom Strohm, Trustee

## CERTIFICATE

The undersigned Board of Trustees of the Company, hereby certify as follows:

1. We are the duly qualified and elected Board Trustees and, as such, are familiar with the facts herein certified and are duly authorized to certify same on behalf of the Company.

2. The foregoing is a true, complete and correct copy of the resolutions of the Board of Trustees of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this certificate as of the 19th day of April 2019. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board of Trustees of the Company and shall have the same force and effect as a unanimous vote of the Trustees. The action of the Board may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument.

Mary Ann Bliesner, Chair

*/s/ John Gallagher/*
John Gallagher, President & CEO, Trustee

Derek Kieta, MD, Trustee

Ryan Maxwell, Trustee

Tom Strohm, Trustee

# CERTIFICATE

The undersigned Board of Trustees of the Company, hereby certify as follows:

1. We are the duly qualified and elected Board Trustees and, as such, are familiar with the facts herein certified and are duly authorized to certify same on behalf of the Company.

2. The foregoing is a true, complete and correct copy of the resolutions of the Board of Trustees of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this certificate as of the 19th day of April 2019. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board of Trustees of the Company and shall have the same force and effect as a unanimous vote of the Trustees. The action of the Board may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument.

_____
Mary Ann Bliesner, Chair

_____
John Gallagher, President & CEO, Trustee

_____
Derek Kieta, MD, Trustee

_____
Ryan Maxwell, Trustee

_____
Tom Strohm, Trustee

5

1107/48565v4

## CERTIFICATE

The undersigned Board of Trustees of the Company, hereby certify as follows:

1. We are the duly qualified and elected Board Trustees and, as such, are familiar with the facts herein certified and are duly authorized to certify same on behalf of the Company.

2. The foregoing is a true, complete and correct copy of the resolutions of the Board of Trustees of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this certificate as of the 19th day of April 2019. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board of Trustees of the Company and shall have the same force and effect as a unanimous vote of the Trustees. The action of the Board may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument.

Mary Ann Bliesner, Chair

John Gallagher, President & CEO, Trustee

Derek Kieta, MD, Trustee

Ryan Maxwell, Trustee

Tom Strohm, Trustee

5

110748565/V-4

## CERTIFICATE

The undersigned Board of Trustees of the Company, hereby certify as follows:

1. We are the duly qualified and elected Board Trustees and, as such, are familiar with the facts herein certified and are duly authorized to certify same on behalf of the Company.

2. The foregoing is a true, complete and correct copy of the resolutions of the Board of Trustees of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this certificate as of the 19th day of April 2019. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board of Trustees of the Company and shall have the same force and effect as a unanimous vote of the Trustees. The action of the Board may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument.

_____
Mary Ann Bliesner, Chair

_____
John Gallagher, President & CEO, Trustee

_____
Derek Kieta, MD, Trustee

_____
Ryan Maxwell, Trustee

_____
Tom Strohm, Trustee

5

110748565\V-4