LF 2083C (5/1/96)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

CASE NAME  Silva/Kast                             CASE NUMBER _____

## CHAPTER 7
## LIQUIDATION ANALYSIS

| | | |
|---|---|---|
| Total Value of Personal Property | $ 18,564.00 | (+) |
| Total Value of Real Property | $ 450,000.00 | (+) |
| Total Secured Claims against Personal Property (not to exceed value of property): | $ 3,983.00 | ( - ) |
| Total Secured Claims against Real Property (not to exceed value of property): | $ 165,000.00 | ( - ) |
| Total Personal Property Exemptions Claimed (equity only): | $ 18,564.00 | ( - ) |
| Total Real Property Exemptions Claimed (equity only): | $ 125,000.00 | ( - ) |

Net Value of Non-Exempt Property:

$ 156,017.00

Date: 03 May 2019            /s/ James MaGee
                             **Attorney for Debtor**