Fill in this information to identify the case:

Debtor name  Astria Health, et. al.

United States Bankruptcy Court for the:  Eastern District of Washington
(State)

Case number (If known): Lead Case No. 19-01189-11 Jointly Administered

⌕ Check if this is an amended filing

# Official Form 204 (Amended Form)
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Community Health System | 400 Meridian Blvd, Franklin, TN 3706 | Loan | | | | $22,338,815.00 |
| 2 | Medefis Consolidated | PO Box 5068 New York, NY 10087-5068 | Trade Debt | | | | $2,931,413.44 |
| 3 | Washington State Healthcare Authority | PO Box 45500 Olympia, WA 98504-5500 | Taxes | | | | $2,701,263.00 |
| 4 | GE Healthcare Equip Finance | PO Box 641419 Pittsburg, PA 15263-1419 | Trade Debt | | | | $1,388,256.61 |
| 5 | Cerner Corporation | Attn: ACC REC, 5th Floor PO Box 5068 Kansas City, MO 64117 | Trade Debt | Disputed | | | $1,245,799.22 |
| 6 | Washington Emergency Room | Service PC 7032 Collection Center Dr. Chicago, IL 60693-0000 | Trade Debt | | | | $1,090,971.48 |
| 7 | Central Washington Family Medicine | 501 S 5th St. Yakima, WA 98902-0000 | Trade Debt | | | | $1,036,116.64 |
| 8 | Locum Tenens.com | PO Box 405547 Atlanta, GA 30384-0000 | Trade Debt | | | | $970,286.31 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Medtronic USA Inc. | 4642 Collection Center Dr. Chicago, IL 60693-0000 | Trade Debt | | | | $938,433.53 |
| 10 | Morrison Management Specialist | PO Box 102289 Atlanta, GA 30368-2289 | Trade Debt | | | | $779,443.28 |
| 11 | Stryker Orthopaedics | PO Box 93213 Chicago, IL 60673-3213 | Trade Debt | | | | $765,162.16 |
| 12 | Biotronik Inc. | 6024 Jean Rd. Lake Oswego, OR 97035 | Trade Debt | | | | $741,488.18 |
| 13 | Apogee Medical Management | 15059 N Scottsdale Rd. Suite 600 Scottsdale, AZ 85254 | Trade Debt | | | | $729,271.90 |
| 14 | CompHealth Associates Inc. | PO Box 972670 Dallas, TX 75397-2670 | Trade Debt | | | | $668,830.27 |
| 15 | Johnson & Johnson Health Care Sys Inc. | 5972 Collection Center Dr. Chicago, IL 60693 | Trade Debt | | | | $654,247.03 |
| 16 | Theorem Architecture | 210 11th Ave. Suite 42 Yakima, WA 98902 | Trade Debt | | | | $639,448.94 |
| 17 | Healthtech Management Services | 5110 Maryland Way Suite 200 Brentwood, TN 37027 | Trade Debt | | | | $587,868.51 |
| 18 | Physicians Insurance | PO Box 84453 Seattle, WA 98124-5753 | Trade Debt | | | | $548,460.29 |
| 19 | Zimmer US Inc | 14235 Collections Center Dr. Chicago, IL 60693-0000 | Trade Debt | | | | $506,572.60 |
| 20 | Allied Universal Security Srvs | PO Box 31001-2374 Pasadena, CA 91110-2374 | Trade Debt | | | | $477,613.72 |

Debtor   Astria Health et. al (Jointly Administered)           Case number (if known)_____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Fastaff, LLC | PO Box 911452 Denver, CO | Trade Debt | | | | $472,778.09 |
| 22 | GE Healthcare WI | 15724 Collections Center Dr. Chicago, IL 60693 | Trade Debt | | | | $413,003.20 |
| 23 | Derek Weaver | 2710 Arrowsmith Rd. Sunnyside, WA 98944 | Litigation | Disputed Unliquidated | | | $400,000.00 |
| 24 | Medline Dept 1080 | PO Box 121080 Dallas, TX 75312-1080 | Trade Debt | | | | $390,344.27 |
| 25 | Earl Architects | 301 N. Main St.. Landmark Building Greenville, SC 29601 | Construction | | | | $368,935.63 |
| 26 | Davita Renal Treatment Centers - WE | PO Box 781607 Philadelphia, PA 19178-1607 | Trade Debt | | | | $368,838.08 |
| 27 | GE Healthcare IITS USA Corp. | 15724 Collections Center Dr. Chicago, IL 60693 | Trade Debt | | | | $350,499.73 |
| 28 | Boston Scientific Corporation | Walcourt Loop College Station, TX 77845 | Trade Debt | | | | $321,987.35 |
| 29 | Pacific Power | PO Box 26000 Portland, OR 97256-0001 | Trade Debt | | | | $318,657.26 |
| 30 | Medpartners HMA LLC | PO Box 744869 Atlanta, GA 30374-4869 | Trade Debt | | | | $310,038.47 |