UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF WASHINGTON

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Astria Health, et al | | |
| Debtors. [1] | Case Number: | 19-01189-11 |
| | Operating Report Number: | #3 |
| Debtor(s). | For the Month Ending: | Jul-19 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1  Total number of Debtor in Possession Bank Accounts for all Debtors      36

2.  Total third party disbursements this period from all
    Debtor in Possession Accounts for All Entities with Bank Accounts    $    17,235,222

---

1 The Debtors, along with their case numbers, are as follows:  Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHC Holdco, LLC (19-01196-11), SHC Medical Center-Toppenish (19-01190-11), SHC Medical Center-Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-19-01200-11).

# Astria Health Bank Account Activity

*For the month ended July 31, 2019*

| Debtor | Bank | Account Type | Account # (Last 4) | Beginning Balance | Receipts | Disbursements | Sweeps In | Sweeps Out | DIP In | DIP Out | I/C Inflows | I/C Outflows | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunnyside Community Hospital Assoc. | Banner Bank | Operating | 2062 | 5,475,536 | 6,621,942 | (5,616,690) | 0 | 0 | 0 | 0 | 460,000 | (2,365,825) | 4,554,972 |
| Sunnyside Community Hospital Assoc. | Banner Bank | Payroll | 2070 | 12,499 | 955 | (2,008,546) | 0 | 0 | 0 | 0 | 2,011,263 | 0 | 16,162 |
| Sunnyside Community Hospital Assoc. | Banner Bank | Clinic | 2088 | 4,731 | 573,937 | (2,269) | 0 | 0 | 0 | 0 | 5,329 | (460,000) | 121,729 |
| Sunnyside Community Hospital Assoc. | Banner Bank | UMR Medical | 4308 | 146,584 | 8,587 | (434,345) | 0 | 0 | 0 | 0 | 369,113 | 0 | 89,940 |
| Sunnyside Community Hospital Assoc. | Banner Bank | UMR FSA | 4316 | 9,652 | 36,920 | (21,340) | 0 | 0 | 0 | 0 | 0 | 0 | 25,231 |
| Sunnyside Community Hospital Assoc. | Banner Bank | Checking | 4360 | 133 | 0 | (234) | 0 | 0 | 0 | 0 | 129 | 0 | 28 |
| Sunnyside Community Hospital Assoc. | Banner Bank | Money Market | 2915 | 23 | 0 | (10) | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| Sunnyside Community Hospital Assoc. | Banner Bank | Money Market | 0049 | 3,423 | 0 | (15) | 0 | 0 | 0 | 0 | 0 | 0 | 3,408 |
| Sunnyside Community Hospital Assoc. | Banner Bank | Clinic #2 | 1111 | 36 | 0 | (36) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sunnyside Community Hospital Assoc. | Banner Bank | Operating #2 | 1013 | 8,768,252 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (8,768,252) | (1) |
| Sunnyside Community Hospital Assoc. | Banner Bank | Payable #2 | 1318 | 2,222 | 0 | (17,222) | 0 | 0 | 0 | 0 | 15,000 | 0 | 0 |
| Sunnyside Home Health | Banner Bank | Depository #2 | 5312 | 99,789 | 82,309 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 182,098 |
| Sunnyside Community Hosp. HMS | Banner Bank | Depository | 4367 | 9,949 | 3,275 | (74) | 0 | 0 | 0 | 0 | 0 | 0 | 13,150 |
| | | | | $ 14,532,827 | $ 7,327,525 | $ (8,100,771) | $ - | $ - | $ - | $ - | $ 2,860,825 | $ (11,614,078) | $ 5,006,729 |
| **Astria Health** | | | | | | | | | | | | | |
| SHC Medical Center - Yakima | US Bank | Depository | 5984 | 209 | 9,948 | (406) | | (8,980) | 0 | 0 | | | 771 |
| SHC Medical Center - Yakima | US Bank | Depository | 4375 | 6,419 | 159,593 | | | (146,518) | 0 | 0 | | | 19,494 |
| SHC Medical Center - Yakima | Bank of America | Depository | 1432 | 869,165 | 1,537,085 | (2,293) | | | 0 | 0 | | | 2,403,957 |
| SHC Medical Center - Yakima | Banner Bank | Payroll | 2817 | 100 | | (3,785,135) | 4,715,131 | | 0 | 0 | | (929,995) | 100 |
| SHC Medical Center - Yakima | Banner Bank | Operating | 2915 | 938,216 | | (3,770,023) | 4,020,936 | | 0 | 0 | | | 1,189,129 |
| SHC Medical Center - Yakima | Banner Bank | Depository | 8017 | 2,810,752 | 922,013 | (96) | 5,689,478 | (8,341,051) | 0 | 0 | | (394,658) | 486,440 |
| SHC Medical Center - Yakima | Heritage Bank | Depository | 3374 | 3,582 | | (228) | | (3,986) | 0 | 0 | | | 0 |
| SHC Medical Center - Yakima | Heritage Bank | Depository | 5653 | 13,424 | 6,286 | | 2,726 | (22,436) | 0 | 0 | | | 0 |
| SHC Medical Center - Toppenish | Heritage Bank | Depository | 3333 | 932 | | (76) | | (856) | 0 | 0 | | | 0 |
| SHC Medical Center - Yakima | Heritage Bank | Depository | 3317 | 592 | | (207) | | (385) | 0 | 0 | | | 0 |
| SHC Medical Center - Yakima | Wells Fargo | Depository | 5994 | 0 | 385,780 | | | (385,780) | 0 | 0 | | | 0 |
| SHC Medical Center - Toppenish | Wells Fargo | Depository | 6000 | 0 | 190,549 | | | (190,549) | 0 | 0 | | | 0 |
| SHC Medical Center - Yakima | Wells Fargo | Depository | 6018 | 0 | 2,258,864 | | | (2,258,864) | 0 | 0 | | | 0 |
| SHC Medical Center - Yakima | Wells Fargo | Depository | 6026 | 0 | 1,212,555 | | | (1,212,555) | 0 | 0 | | | 0 |
| Yakima HMA Home Health, LLC | Wells Fargo | Depository | 6034 | 0 | | | | | 0 | 0 | | | 0 |
| Yakima HMA Home Health, LLC | Wells Fargo | Depository | 6042 | 0 | | | | | 0 | 0 | | | 0 |
| SHC Medical Center - Yakima | Wells Fargo | Depository | 5985 | 37,675 | | (4,407) | 5,805,815 | (5,515,949) | 0 | 0 | | | 323,134 |
| Oxbow Summit, LLC | Renasant | Operating | 1977 | 19,960 | 0 | | | | 0 | 0 | 0 | 0 | 19,960 |
| Glacier Canyon, LLC | Renasant | Operating | 1985 | 715 | 0 | | | | 0 | 0 | 0 | 0 | 715 |
| Kitchen and Bath Furnishings, LLC | Renasant | Operating | 0044 | 2,451 | 0 | | | | 0 | 0 | 0 | 0 | 2,451 |
| SHC Medical Center - Yakima | Bank of America | Depository | 2310 | 4,353 | 0 | | | | 0 | 0 | | | 4,353 |
| Astria Health | Banner Bank | Operating | 5519 | 450,658 | 378,788 | (1,571,788) | | | 0 | 0 | 8,380,042 | | 7,637,900 |
| | | | | $ 4,959,403 | $ 7,062,092 | $ (9,134,659) | $ 20,234,085 | $ (18,087,908) | $ - | $ - | $ 8,380,042 | $ (1,324,659) | $ 12,088,403 |

# Astria Health Bank Account Summary

*For the month ended July 31, 2019*

| Debtor Name | Debtor Case # | Begin Bank Balance | Total Receipts | Operating Disb. | Sweep Inflows | Sweep Outflows | DIP Inflows | DIP Outflows | I/C Inflows | I/C Outflows | Ending Bank Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Astria Health | 19-01189-11 | $ 450,858 | $ 378,788 | $ (1,571,788) | $ - | $ - | $ - | $ - | $ 8,380,042 | $ - | $ 7,637,900 |
| SHC Medical Center - Toppenish | 19-01190-11 | $ 932 | $ 576,329 | $ (76) | $ - | $ (577,185) | $ - | $ - | $ - | $ - | $ - |
| Sunnyside Community Hospital Association | 19-01191-11 | $ 14,423,090 | $ 7,242,341 | $ (8,100,697) | $ - | $ - | $ - | $ - | $ 2,860,825 | $ (11,614,078) | $ 4,811,482 |
| SHC Medical Center - Yakima | 19-01192-11 | $ 4,479,542 | $ 6,106,975 | $ (7,562,587) | $ 20,234,085 | $ (17,510,338) | $ - | $ - | $ - | $ (1,324,653) | $ 4,423,024 |
| Glacier Canyon, LLC | 19-01193-11 | $ 715 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 715 |
| Kitchen and Bath Furnishings, LLC | 19-01194-11 | $ 2,451 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,451 |
| Oxbow Summit, LLC | 19-01195-11 | $ 19,960 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 19,960 |
| SHC Holdco, LLC | 19-01196-11 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sunnyside Community Hospital HMS | 19-01197-11 | $ 9,949 | $ 3,275 | $ (74) | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,150 |
| Sunnyside Home Health | 19-01198-11 | $ 99,789 | $ 82,309 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 182,098 |
| Sunnyside Professional Services, LLC | 19-01199-11 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Yakima HMA Home Health, LLC | 19-01200-11 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Yakima Home Care Holdings, LLC | 19-01201-11 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | $ 19,487,286 | $ 14,390,017 | $ (17,235,222) | $ 20,234,085 | $ (18,087,523) | $ - | $ - | $ 11,240,867 | $ (12,938,731) | $ 17,090,779 |

# Astria Health Bank Account Summary

*For the month ended July 31, 2019*

| Debtor<br>Bank<br>Last 4 # on account | SCHN<br>Banner<br>2062 | SCHN<br>Banner<br>2070 | SCHN<br>Banner<br>2088 | SCHN<br>Banner<br>4308 | SCHN<br>Banner<br>4316 | SCHN<br>Banner<br>4360 | SCHN<br>Banner<br>2915 | SCHN<br>Banner<br>0049 | SCHN<br>Banner<br>1111 | SCHN<br>Banner<br>1013 | SCHN<br>Banner<br>1318 | AHH<br>Banner<br>5312 | AHMS<br>Banner<br>4367 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bank Reconciliation** | | | | | | | | | | | | | |
| Balance Per Bank | $4,554,972 | $16,162 | $121,729 | $89,940 | $25,231 | $28 | $13 | $3,408 | $0 | $0 | $0 | $182,098 | $13,150 |
| **Additive Items:** | | | | | | | | | | | | | |
| Deposits in Transit | $14,080 | $0 | $1,090 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Additive Items | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Subtractive Items** | | | | | | | | | | | | | |
| Outstanding Checks | $799,203 | $12,843 | $0 | $163,904 | $1,549 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Subtractive Items | $4,251,048 | $955 | $1,043,979 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Reclassificatios** | | | | | | | | | | | | | |
| Negative Book Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Petty Cash | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Adjusted Bank Balance** | ($481,199) | $2,564 | ($921,161) | ($73,964) | $23,683 | $28 | $13 | $3,408 | $0 | $0 | $0 | $182,098 | $13,150 |
| **GL Balance** | ($481,199) | $2,564 | ($921,161) | ($73,964) | $23,683 | $28 | $13 | $3,408 | $0 | $0 | $0 | $182,098 | $13,150 |
| # Outstanding Checks / Debtor | 509 | 3 | - | 269*** | 18*** | - | - | - | - | - | - | - | - |
| **Notes on Bank Reconciliations** | | | | | | | | | | | | | |
| Debtors with no bank activity | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Closed Bank Accounts | None | None | None | None | None | None | None | None | None | None | None | None | None |
| Opened Bank Accounts | None | None | None | None | None | None | None | None | None | None | None | None | None |
| Unusual Transactions | None | None | None | None | None | None | None | None | None | None | None | None | None |
| | (481,199.33)<br>01/00/00 | 2,563.61<br>01/00/00 | ########<br>01/00/00 | (73,963.98)<br>01/00/00 | 23,682.52<br>01/00/00 | 27.71<br>01/00/00 | 13.03<br>01/00/00 | 3,408.05<br>01/00/00 | -<br>01/00/00 | -<br>01/00/00 | -<br>01/00/00 | 182,098.09<br>01/00/00 | 13,149.72<br>01/00/00 |

SCHN = Sunnyside Community Hospital Association
AHH = Sunnyside Home Health
AHMS = Sunnyside Community Hospital Home Medical Supply

# Astria Health Bank Account Summary

*For the month ended July 31, 2019*

| Debtor | SHC Medical Center - Yakima | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bank** | US Bank | US Bank | Bank of America | Bank of America | Banner Bank | Banner Bank | Banner Bank | Heritage Bank | Heritage Bank | Heritage Bank | Wells Fargo | Wells Fargo | Wells Fargo |
| **Last 4 # on account** | 5984 | 4375 | 1432 | 2310 | 2817 | 2915 | 8017 | 3374 | 5653 | 3317 | 6018 | 6034 | 5985 |
| **Bank Reconciliation** | | | | | | | | | | | | | |
| Balance Per Bank | $ 771 | $ 19,494 | $ 2,403,957 | $ - | $ 100 | $ 1,189,129 | $ 486,440 | | | | | | $ 323,134 |
| **Additive Items:** | | | | | | | | | | | | | |
| Deposits in Transit | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,151 | | | | | | $ - |
| Other Additive Items | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | | $ - |
| **Subtractive Items** | | | | | | | | | | | | | |
| Outstanding Checks | $ - | $ - | $ - | $ - | $ - | $ (1,220,456) | $ - | | | | | | $ - |
| Other Subtractive Items | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | | $ - |
| **Reclassifications** | | | | | | | | | | | | | |
| Negative Book Balance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | | $ - |
| **Petty Cash** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | | $ - |
| **Adjusted Bank Balance** | $ 771 | $ 19,494 | $ 2,403,957 | $ - | $ 100 | $ (31,327) | $ 491,591 | $ 3,582 | | | | | $ 323,134 |
| **GL Balance** | $ 771 | $ 19,494 | $ 2,403,957 | $ - | $ 100 | $ (31,327) | $ 491,591 | $ 3,582 | - | - | $ - | $ - | $ 323,134 |
| **# Outstanding Checks / Debtor** | - | - | - | - | - | 171 | 1 | - | - | - | - | - | - |
| **Notes on Bank Reconciliations** | | | | | | | | | | | | | |
| Debtors with no bank activity | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Closed Bank Accounts | None | None | None | None | None | None | None | None | None | None | None | None | None |
| Opened Bank Accounts | None | None | None | None | None | None | None | None | None | None | None | None | None |
| Unusual Transactions | None | None | None | None | None | None | None | None | None | None | None | None | None |

# Astria Health Bank Account Summary

*For the month ended July 31, 2019*

| Debtor | Oxbow Summit | Glacier Canyon | Kitchen & Bath | Astria Health | Sunnyside HMS | SHC Toppenish | SHC Toppenish | SHC Toppenish | Yakima HMA Home Health | Yakima HMA Home Health |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank | Renasant | Renasant | Renasant | Banner Bank | Banner Bank | Heritage Bank | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo |
| Last 4 # on account | 1977 | 1985 | 0044 | 5519 | 4367 | 3333 | 5994 | 6000 | 6034 | 6042 |
| **Bank Reconciliation** | | | | | | | | | | |
| Balance Per Bank | $ - | $ - | $ - | $ 7,637,900 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Additive Items:** | | | | | | | | | | |
| Deposits in Transit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Additive Items | $ - | $ - | $ - | $ 103,500 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Subtractive Items** | | | | | | | | | | |
| Outstanding Checks | $ - | $ - | $ - | $ (491) | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Subtractive Items | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Reclassificatios** | | | | | | | | | | |
| Negative Book Balance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Petty Cash | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Adjusted Bank Balance | $ - | $ - | $ - | $ 7,740,910 | $ - | | $ - | $ - | $ - | $ - |
| GL Balance | $ - | $ - | $ - | $ 7,740,910 | $ - | $ - | $ - | $ - | $ - | $ - |
| # Outstanding Checks / Debtor | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Notes on Bank Reconciliations** | | | | | | | | | | |
| Debtors with no bank activity | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Closed Bank Accounts | None | None | None | None | None | None | None | None | None | None |
| Opened Bank Accounts | None | None | None | None | None | None | None | None | None | None |
| Unusual Transactions | None | None | None | None | None | None | None | None | None | None |

## Astria Health Bank Signatories

| Bank | Debtor | Account #<br>(last 4#'s) | Type | Signatories |
|------|--------|--------------------------|------|-------------|
| Banner Bank | Sunnyside Community Hospital Assn | 2062 | Operating | Brian Gibbons, Mike Long |
| Banner Bank | Sunnyside Community Hospital Assn | 2070 | Payroll | Brian Gibbons, Mike Long |
| Banner Bank | Sunnyside Community Hospital Assn | 2088 | Clinic | Brian Gibbons |
| Banner Bank | Sunnyside Community Hospital Assn | 4308 | UMR Medical | Brian Gibbons |
| Banner Bank | Sunnyside Community Hospital Assn | 4316 | UMR FSA | Brian Gibbons |
| Banner Bank | Sunnyside Medical Center | 4360 | Checking | Brian Gibbons |
| Banner Bank | Sunnyside Medical Center | 2915 | Money Market | Brian Gibbons |
| Banner Bank | Sunnyside Community Hospital Assn | 0049 | Money Market | Brian Gibbons |
| Banner Bank | Sunnyside Community Hospital Assn | 1111 | Clinic #2 | Brian Gibbons |
| Banner Bank | Sunnyside Community Hospital Assn | 1013 | Operating #2 | Brian Gibbons |
| Banner Bank | Astria Home Health | 5312 | Depository | Brian Gibbons |
| Banner Bank | Astria Home Medical Supply | 4367 | Depository | Brian Gibbons |
| Banner Bank | Sunnyside Community Hospital Assn | 1318 | Payable #2 | Brian Gibbons |
| | All Other Accounts | | | John Gallagher; Cary Rowan |

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | . | |
| | | | | |
| | **See Attached Chart** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD: 7/31/2019

Gross Sales Subject to Sales Tax: $ 36,478
Total Wages Paid: $ 6,316,871

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 263,075.00 | 0.00 | 0.00 |
| State Withholding | 0.00 | 0.00 | 0.00 |
| FICA Employer and Emp | 376,315.00 | 0.00 | 0.00 |
| State Unemployment | 56,179.00 | 0.00 | 0.00 |
| Workers Compensation | 372,829.00 | 0.00 | 0.00 |
| Sales and Use | 311,468.00 | 0.00 | 0.00 |
| Real Property | 145,830.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 |
| TOTAL: | 1,032,418.28 | 0.00 | |

# Astria Health Payments to Secured Creditors &Top 20 GUC

*For the month ended July 31, 2019*

| Secured Creditors | Creditor | Frequency | # Payments | Total Paid |
|---|---|---|---|---|
| | JMB Capital | | | $ 307,000 |
| | UMB Bank | | | |
| | Lapis Advisors | | | |
| | Mid-Cap | | | |
| | Banner | | | |

| Top 20 GUC | Creditor | Frequency | # Payments | Total Paid |
|---|---|---|---|---|
| 1 | COMMUNITY HEALTH SYSTEMS | Varies | | $ - |
| 2 | MEDEFIS CONSOLIDATED | Varies | | $ - |
| 3 | WASHINGTON ST HC AUTHORITY | Varies | | $ - |
| 4 | GE HEALTHCARE EQUIP FINANCE | Varies | | $ - |
| 5 | CERNER CORPORATION ATTN ACC REC, 5TH FL | Varies | | $ 832 |
| 6 | WASHINGTON EMERGENCY ROOM | Varies | | $ - |
| 7 | CENTRAL WASHINGTON FAMILY MEDICINE | Varies | | $ - |
| 8 | LOCUM TENENS.COM | Varies | | $ 40,000 |
| 9 | MEDTRONIC USA INC | Varies | | $ 50,892 |
| 10 | MORRISON MANAGEMENT SPECIALIST | Varies | | $ 148,078 |
| 11 | STRYKER ORTHOPAEDICS | Varies | | $ 105,230 |
| 12 | BIOTRONIK INC | Varies | | $ 62,070 |
| 13 | APOGEE MEDICAL MANAGEMENT | Varies | | $ 160,105 |
| 14 | COMPHEALTH ASSOCIATES INC | Varies | | $ 384 |
| 15 | JOHNSON & JOHNSON HEALTH CARE SYS INC. | Varies | | $ 21,991 |
| 16 | THEOREM ARCHITECTURE | Varies | | $ - |
| 17 | HEALTHTECH MANAGEMENT SERVICES, | Varies | | $ 186,080 |
| 18 | PHYSICIANS INSURANCE | Varies | | $ 90,205 |
| 19 | ZIMMER US INC | Varies | | $ 48,920 |
| 20 | ALLIED UNIVERSAL SECURITY SRVS | Varies | | $ 50,879 |

|  |  |  |  | $ 965,667 |
|---|---|---|---|---|

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
| | | Pre-Petition | Post-Petition |
| 30 days or less | 1,251,277 | 0 | 52,471,588 |
| 31 - 60 days | | 0 | 7,835,995 |
| 61 - 90 days | | 3,454,360 | 12,436,621 |
| 91 - 120 days | | 14,883,373 | 0 |
| Over 120 days | | 254,308,212 | 0 |
| TOTAL: | 1,251,277 | 272,645,944 | 72,744,204 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | **See Attached Chart** | | |
| Vehicle | | | | |
| Others: Umbrella | | | | |
| D&O | | | | |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 06/30/19 | $ 32,664,785 | $ 326,647 | 19-Aug-2019 | 326,647 | $ - |
| | $325 * 11 Debtors | $ 3,575 | 19-Aug-2019 | 3,575 | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | 330,222 | | 330,222 | $ - |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## Astria Health
### Insurance Summary

| | Policy No. | Carrier | Period Covered | State or Property Covered | Limits | Paid Current | Comments |
|---|---|---|---|---|---|---|---|
| General and Professional | 300003147 | Physicians Insurance, A Mutual Company | 08/31/19 - 08/31/20 | SHC Medical Center - Yakima | $1MM<br>$1MM<br>$25M<br>$1MM<br>$5MM<br>$1MM<br>$5MM | 19-Aug<br>19-Aug<br>19-Aug<br>19-Aug<br>19-Aug<br>19-Aug<br>19-Aug | ea Occurrence<br>Damage to Rented Premises<br>Medical Expense (any one person)<br>Personal Injury<br>General Aggregate/Products<br>Occurrence Aggregate |
| General and Professional | 300003148 | Physicians Insurance, A Mutual Company | 08/31/19 - 08/31/20 | SHC Medical Center - Toppenish | $1MM<br>$1MM<br>$25M<br>$1MM<br>$5MM<br>$1MM<br>$5MM | 19-Aug<br>19-Aug<br>19-Aug<br>19-Aug<br>19-Aug<br>19-Aug<br>19-Aug | ea Occurrence<br>Damage to Rented Premises<br>Medical Expense (any one person)<br>Personal Injury<br>General Aggregate/Products<br>Occurrence Aggregate |
| General and Professional | 300002039 | Physicians Insurance, A Mutual Company | 06/15/19 - 06/15/20 | Sunnyside Community Hospital Association | $1MM<br>$1MM<br>$25M<br>$1MM<br>$5MM<br>$1MM<br>$5MM | 19-Sep<br>19-Sep<br>19-Sep<br>19-Sep<br>19-Sep<br>19-Sep<br>19-Sep | ea Occurrence<br>Damage to Rented Premises<br>Medical Expense (any one person)<br>Personal Injury<br>General Aggregate/Products<br>Occurrence Aggregate |
| Worker's Comp Sunnyside | N/A | Washington Hospitals Workers Compensation Group | 1/1/2019 - 12/31/2019 | Washington State | Statutory | 19-Sep | Premium is reconciled quarterly and adjusted |
| Workers Comp Yakima and Toppenish | N/A | State Fund | 1/1/2019 - 12/31/2019 | Washington State | Statutory | 19-Aug | Payment Monthly |

19-01189-FLK11    Doc 521    Filed 08/21/19    Entered 08/21/19 15:35:30    Pg 11 of 16

| | Policy No. | Carrier | Period Covered | State or Property Covered | Limits | Paid Current | Comments |
|---|---|---|---|---|---|---|---|
| Auto | BAP187458400 | Zurich | 08/31/19 - 08/31/20 | SHC Medical Center - Yakima | $1MM | 19-Aug | Combined Single Limit |
| | BAP445857000 | Zurich | 08/31/19 - 08/31/20 | SHC Medical Center - Toppenish | $1MM | 19-Aug | Combined Single Limit |
| | BAP079408500 | Zurich | 08/31/19 - 08/31/20 | Sunnyside Community Hospital Association | $1MM | 19-Aug | Combined Single Limit |
| Property | ZMD682755800 | Zurich | 08/31/19 - 08/31/20 | Astria Health | 218007540 | 19-Aug | Commercial Property Coverage |
| | | | | | 102792258 | 19-Aug | Business Personal Property Coverage |
| | | | | | 122137000 | 19-Aug | Business Income |
| | | | | | $100MM | 19-Aug | Earth Movement |
| | | | | | $100MM | 19-Aug | Flood |
| Umbrella | 300003147 | Physicians Insurance, A Mutual Company | 08/31/19 - 08/31/20 | SHC Medical Center - Yakima | $10MM | 19-Aug | Excess Liability/Occurrence/Aggregate |
| | 300003148 | Physicians Insurance, A Mutual Company | 08/31/19 - 08/31/20 | SHC Medical Center - Toppenish | $5MM | 19-Aug | Excess Liability/Occurrence/Aggregate |
| | 300002039 | Physicians Insurance, A Mutual Company | 06/15/19 - 06/15/20 | Sunnyside Community Hospital Association | $10MM | 19-Sep | Excess Liability/Occurrence/Aggregate |
| Crime | 106794824 | Travelers Casualty & Surety Company of America | 08/31/19 - 08/31/20 | Astria Health | $1MM Employee Dishonesty | 19-Sep | Computer Fraud: $1MM |
| | | | | | $1MM Forgery/Alterations | 19-Sep | Funds Transfer Fraud: $1MM<br>Retention: $10M |
| Cyber Liability | 507591 | Underwriters at Lloyds London | 08/11/19 - 08/11/20 | Astria Health | $3MM Each Occurrence | 19-Sep | |
| | | | | | $3MM Aggregate | 19-Sep | |
| D&O/EPL | EMH0492420 | Cincinnati Insurance Co. | 06/15/19 - 06/15/20 | Astria Health | $3MM Each Occurrence - D&O | 19-Sep | $50K Retention |
| | | | | | $3MM Each Occurrence - EPL | 19-Sep | $100K Retention |
| | | | | | $3MM Fiduciary | 19-Sep | None |

# Astria Health Balance Sheet

For the month ended July 31, 2019

| | Astria Health | SHC Medical Center - Toppenish | Sunnyside Community Hospital Association | SHC Medical Center - Yakima | Glacier Canyon, LLC | Kitchen and Bath Furnishings, LLC | Oxbow Summit, LLC | SHC Hodcco, LLC | Sunnyside Community Hospital Home Medical Supply | Sunnyside Home Health | Sunnyside Professional Services, LLC | Yakima HMA Home Health, LLC | Yakima Care Holdings, LLC | System Elimination | Astria Health Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | | | |
| Cash | 7,740,910 | 998 | 5,157,778 | 3,577,670 | 715 | 2,451 | 19,960 | - | - | - | - | - | - | - | 16,500,482 |
| Net Patient Accounts Receivable | - | 10,282,775 | 28,952,327 | 40,646,738 | - | - | - | - | - | - | - | 619,793 | - | - | 80,500,633 |
| Other Receivable | 7,770,084 | - | 28,708,278 | - | - | - | - | - | - | - | - | - | - | (21,532,429) | 14,943,913 |
| Other Current Assets | 956,755 | 1,599,146 | 2,467,574 | 5,909,602 | - | - | - | - | - | - | - | - | - | - | 10,933,077 |
| Total Current Assets | 16,467,729 | 11,882,919 | 65,283,957 | 50,133,010 | 715 | 2,451 | 19,960 | - | - | - | - | 619,793 | - | (21,532,429) | 122,876,105 |
| Net Property and Equipment | 2,458,988 | 6,980,808 | 35,118,749 | 36,021,446 | - | 450,000 | 3,500,000 | - | - | - | 562,000 | 168,576 | - | - | 87,260,367 |
| Other Long-Term Assets | - | 512,000 | 3,703,332 | 2,941,297 | - | - | - | - | - | - | - | - | - | - | 7,156,629 |
| **Total Assets** | 18,926,717 | 21,375,527 | 104,106,038 | 89,095,753 | 715 | 452,451 | 3,519,960 | - | - | - | 562,000 | 788,369 | - | (21,532,429) | 217,295,101 |
| **LIABILITIES AND NET ASSETS** | | | | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | | | | |
| Accounts payable | - | 2,169,442 | 16,357,203 | 40,983,906 | - | - | - | - | - | - | - | 453,170 | - | - | 59,963,821 |
| Employee Compensation | | 1,221,484 | 4,629,054 | 5,302,845 | | | | | | | | | | | 10,553,383 |
| Due to government agencies | | | (2,531,599) | | | | | | | | | | | | (2,531,599) |
| DIP Loan | 15,059,792 | 2,068,813 | 10,596,144 | 8,275,251 | | | | | | | | | | | 36,000,000 |
| Accrued exp. and other current liabilities | 4,692,641 | 633,083 | 1,885,973 | 3,641,647 | | | | | | | | | | | 10,853,344 |
| Total Current Liabilities | 19,752,433 | 6,092,822 | 30,336,875 | 58,203,649 | - | - | - | - | - | - | - | 453,170 | - | - | 114,838,949 |
| **Other Liabilities:** | | | | | | | | | | | | | | | |
| Other Long term Liabilities | - | 8,606,679 | 10,977 | 12,925,750 | - | - | - | - | - | - | - | - | - | (21,532,429) | 10,977 |
| Total Other Liabilities | - | 8,606,679 | 10,977 | 12,925,750 | - | - | - | - | - | - | - | - | - | (21,532,429) | 10,977 |
| Long-Term Debt | - | 12,315,490 | 9,987,983 | 55,927,395 | - | - | - | - | - | - | - | - | - | | 78,230,848 |
| **Total Liabilities** | 19,752,433 | 27,014,991 | 40,335,815 | 127,056,794 | - | - | - | - | - | - | - | 453,170 | - | (21,532,429) | 193,080,774 |
| **Net Assets** | | | | | | | | | | | | | | | |
| Net Assets | (825,716) | (5,639,464) | 63,770,223 | (37,961,041) | 715 | 452,451 | 3,519,960 | - | - | - | 562,000 | 335,199 | - | - | 24,214,327 |
| Total Net Assets | (825,716) | (5,639,464) | 63,770,223 | (37,961,041) | 715 | 452,451 | 3,519,960 | - | - | - | 562,000 | 335,199 | - | - | 24,214,327 |
| **Total Liabilities and Equity** | 18,926,717 | 21,375,527 | 104,106,038 | 89,095,753 | 715 | 452,451 | 3,519,960 | - | - | - | 562,000 | 788,369 | - | (21,532,429) | 217,295,101 |

# Astria Health Income Statement

*For the month ended July 31, 2019*

| | Astria Health | SHC Medical Center - Toppenish | Sunnyside Community Hospital Association | SHC Medical Center - Yakima | Glacier Canyon, LLC | Kitchen and Bath Furnishing LLC | Oxbow Summit, LLC | SHC Holdco, LLC | Sunnyside Community Hospital Home Medical Supply | Sunnyside Home Health | Sunnyside Professional Services, LLC | Yakima HMA Home Health, LLC | Yakima Home Care Holdings, LLC | System Elimination | Astria Health Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Patient Revenue | | $ 9,062,264 | $ 27,471,915 | $ 45,288,950 | $ - | $ - | $ - | $ - | $ 28,980 | $ 82,612 | $ - | $ 315,946 | $ - | $ - | $ 82,250,667 |
| Deductions from Revenue | | 7,060,379 | 17,924,369 | 38,130,846 | - | - | - | - | - | 66,368 | - | (44,603) | - | - | 63,117,359 |
| Net Patient Revenue | $ 187,931 | 2,001,885 | 9,547,546 | 7,158,104 | - | - | - | - | 28,980 | 16,244 | - | 360,549 | - | (187,931) | 19,113,308 |
| Other Revenue | | 20,163 | 34,820 | 30,582 | - | - | - | - | - | - | - | - | - | - | 85,565 |
| Total Revenue | $ 187,931 | $ 2,022,048 | $ 9,582,366 | $ 7,188,686 | $ - | $ - | $ - | $ - | $ 28,980 | $ 16,244 | $ - | $ 360,549 | $ - | $ (187,931) | $ 19,198,873 |
| Salaries, Benefits, Contract Labor | | $ 1,137,790 | $ 3,911,426 | $ 4,720,246 | $ - | $ - | $ - | $ - | $ 11,636 | $ 30,586 | $ - | $ 167,234 | $ - | | $ 9,978,918 |
| Supplies | | 104,503 | 1,458,217 | 1,234,136 | - | - | - | - | 19,980 | 100 | - | 4,290 | - | | 2,821,226 |
| Purchased Services, Profees, Repairs | | 720,117 | 2,069,441 | 1,382,929 | - | - | - | - | 3,621 | 10,377 | - | 31,316 | - | (187,931) | 4,029,870 |
| Other | | 179,970 | 680,136 | 1,107,164 | - | - | - | - | 1,626 | 3,891 | - | 27,078 | - | | 1,999,865 |
| Total Expenses | $ - | $ 2,142,380 | $ 8,119,220 | $ 8,444,475 | $ - | $ - | $ - | $ - | $ 36,863 | $ 44,954 | $ - | $ 229,918 | $ - | $ (187,931) | $ 18,829,879 |
| EBITDAR | $ 187,931 | $ (120,332) | $ 1,463,146 | $ (1,255,789) | $ - | $ - | $ - | $ - | $ (7,883) | $ (28,710) | $ - | $ 130,631 | $ - | $ - | $ 368,994 |
| Restructuring Costs | | | | | | | | | | | | | | | $ - |
| Operational Expenses | $ - | 16,115 | 72,517 | 72,517 | - | - | - | - | - | - | - | - | - | - | 161,149 |
| EBITDA | $ 187,931 | $ (136,447) | $ 1,390,629 | $ (1,328,306) | $ - | $ - | $ - | $ - | $ (7,883) | $ (28,710) | $ - | $ 130,631 | $ - | $ - | $ 207,845 |
| Other Restructuring Costs | $ 404,731 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 404,731 |
| Depreciation | $ 9,018 | 68,146 | - | 550,720 | - | - | - | - | - | - | - | 2,156 | - | - | 630,040 |
| Interest | $ 360,000 | 112,981 | - | 402,700 | - | - | - | - | 37 | - | - | - | - | - | 875,718 |
| Gain (Loss) | $ (585,818) | $ (317,574) | $ 1,390,629 | $ (2,281,726) | $ - | $ - | $ - | $ - | $ (7,920) | $ (28,710) | $ - | $ 128,475 | $ - | $ - | $ (1,702,644) |

19-01189-FLK11   Doc 521   Filed 08/21/19   Entered 08/21/19 15:35:30   Pg 14 of 16

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| AHM | N/A | N/A | $          668,000 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Payment | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## XI. QUESTIONNAIRE

| | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | | X |

Debtors paid 503(b)(9) claims to continue flow of medical supplies.

| | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization

Debtors' focus has been on vendor relationships to re-start the flow of medical and surgical supplies and professional staff. Debtors have endeavored to address repair and maintenance of diagnostic, imaging, and surgical equipment machines. Debtors filed an application to retain Piper Jaffray as their Investment Banker to seek exit financing for implementation through a Plan.

4. Describe potential future developments which may have a significant impact on the case:
The Debtors have increased the transition to Gaffey Healthcare for collection of accounts receivable, with an initial focus on collecting aged accounts receivables. Debtors have focused upon improving the quality of several key employees.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

| | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

I,

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

8/21/2019
Date

Principal for debtor-in-possession