JAMES L. DAY (WSBA #20474)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel: (206) 521-3858
Email: jday@bskd.com

SAMUEL R. MAIZEL (Admitted *Pro Hac Vice*)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300
Fax: (213) 623-9924
Email: samuel.maizel@dentons.com

SAM J. ALBERTS (WSBA #22255)
DENTONS US LLP
1900 K. Street, NW
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756
Email: sam.alberts@dentons.com

*Attorneys for the Chapter 11 Debtors and Debtors In Possession*

HONORABLE FRANK L. KURTZ

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ASTRIA HEALTH, *et al.*,<br><br>Debtors and Debtors in Possession.[1] | Chapter 11<br>Lead Case No. 19-01189-11<br>Jointly Administered<br><br>**NOTICE OF APPEAL** |

---

[1] The Debtors, along with their case numbers, are as follows: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHS Holdco, LLC (19-01196-11), SHC Medical Center - Toppenish (19-01190-11), SHC Medical Center - Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-01200-11).

**NOTICE OF APPEAL**
113069292\V-2

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01189-FLK11    Doc 534    Filed 08/27/19    Entered 08/27/19 10:30:41    Pg 1 of 7

Under Fed. R. Bankr. P. 8003, Astria Health, a Washington nonprofit public benefit corporation ("Astria"), and the above-referenced affiliated debtors and debtors in possession (the "Debtors") under chapter 11 of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code"),[2] in these chapter 11 cases (the "Chapter 11 Cases"), by and through the undersigned counsel of record, appeals under 28 U.S.C. § 158(a) the *Order Granting Motion for Relief From the Automatic Stay* [Dkt. No. 519] (the "Order"), entered by the bankruptcy court on August 20, 2019. A copy of the Order is attached here as **Exhibit A**.

**Part 1: Identify the appellant(s)**

1. Name of appellant: Astria Health and the above-referenced affiliated debtors and debtors in possession

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

---

[2] All references to § herein are to sections of the Bankruptcy Code. All references to "Bankruptcy Rules" are to provisions of the Federal Rules of Bankruptcy Procedure. All references to "LBR" are to provisions of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Washington (the "Bankruptcy Court").

**NOTICE OF APPEAL** 2
113069292\V-2

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01189-FLK11    Doc 534    Filed 08/27/19    Entered 08/27/19 10:07:41    Pg 2 of 7

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ___ Plaintiff<br>___ Defendant<br>___ | _X_ Debtor<br>___ Creditor<br>___ Trustee |

**Part 2: Identify the subject of this appeal**

1.  Describe the judgment, order, or decree appealed from: <u>Order Granting Motion for Relief From the Automatic Stay [Docket No. 519]</u>

2.  State the date on which the judgment, order, or decree was entered: <u>August 20, 2019</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party: David Becerril

    Attorney: Metiner G. Kimel
    Kimel Law Offices
    205 N. 40th Ave., Ste 205
    Yakima, WA 98908
    Phone: (509) 452-1115

**Part 4: Optional election to have appeal heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §

**NOTICE OF APPEAL** 3
113069292\V-2

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01189-FLK11    Doc 534    Filed 08/27/19    Entered 08/27/19 10:07:41    Pg 3 of 7

158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_/s/ S. R. Maizel_  Date: 8/27/19

Signature of attorney for appellants

Name, address, and telephone number of attorney:

SAMUEL R. MAIZEL (Admitted *Pro Hac Vice*)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300

**NOTICE OF APPEAL**  4
11306929\V-2

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01189-FLK11    Doc 534    Filed 08/27/19    Entered 08/27/19 10:07:41    Pg 4 of 7

# EXHIBIT A

**So Ordered.**

Dated: August 20th, 2019



Frank L. Kurtz
Bankruptcy Judge

METINER G. KIMEL - State Bar No. 21280
KIMEL LAW OFFICES
205 N. 40th Ave., Ste 205
Yakima, WA  98908

Telephone: (509) 452-1115
Facsimile: (509) 965-5860
Attorney for the David Becerril

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| In re: ASTRIA HEALTH, | Case No. 19-01189 (**Administratively Consolidated**) |
|---|---|
| Debtor. | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

The matter of the Debtor's **MOTION FOR ANNULMENT AND RELIEF FROM THE AUTOMATIC STAY** came before the court for hearing on August 15, 2019 at 1:30 p.m. after shortened notice and opportunity for hearing.  Astria objected to the motion [Docket No. 475] Appearances for Dr. Becerril and Astria were as noted in the record.  Based upon the Motion, all pleadings and papers and documents on file in the Chapter 7 case, the argument provided by counsel and the hearing, and having found that proper notice was provided of the motion, the Court now ORDERS:

1.     The motion is granted;

In re Astria Health; Case No.  19-01189
Order Granting Motion to Annul Automatic Stay.

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA  98908

1`

19-01189-FLK11    Doc 539    Filed 08/27/19    Entered 08/27/19 10:00:54    Pg 6 of 7

2. The automatic stay is lifted to allow Dr. David Becerril to exercise his contractual rights to terminate his employment contract with the Debtor without cause on providing 90 days' notice to the Debtor.

/// End of Order ///

Presented by:
/s/ Metiner G. Kimel
Attorney for Debtor(s)
Kimel Law Offices
205 N. 40th Ave., Ste 205
Yakima, Wa 98908
(509) 452-1115

In re Astria Health; Case No. 19-01189
Order Granting Motion to Annul Automatic Stay.

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA 98908

2`

19-01189-FLK11    Doc 539    Filed 08/27/19    Entered 08/27/19 10:00:54    Pg 2 of 2