So Ordered.

Dated: September 4th, 2019

Frank L. Kurtz
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ASTRIA HEALTH, *et al.*,<br><br>      Debtors and Debtors in Possession.[1] | Chapter 11<br>Lead Case No. 19-01189-11<br>Jointly Administered<br><br>**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES**<br><br>**[RELATED DOCKET NOS. 476, 535]** |

---

[1] The Debtors, along with their case numbers, are as follows: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHS Holdco, LLC (19-01196-11), SHC Medical Center - Toppenish (19-01190-11), SHC Medical Center - Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-01200-11).

**ORDER GRANTING MOTION TO EXTEND EXCLUSIVITY**

113130603\V-3

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1

The Court, having read and considered, the *Debtors' Motion for Entry of an Order Pursuant to Section 1121 of the Bankruptcy Code Extending the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances* [Docket No. 476] (the "<u>Motion</u>"), and the *Declaration of Geoffrey Miller Re: Debtors' Motion for Entry of an Order Pursuant to Section 1121 of the Bankruptcy Code Extending the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances* [Docket No. 535], reducing the requested extension of exclusivity from 120 days to 60 days after discussions with major constituents in the case, and no objection or response having been filed; it further appearing that proper notice of the Motion had been provided; and good and sufficient cause having been shown,

IT IS HEREBY ORDERED:

1. The Motion is granted as set forth herein.

2. The exclusivity periods within which the Debtors may file a plan of reorganization and obtain acceptances of such plan of reorganization are extended by an additional 60 days through and including November 4, 2019, and through and including January 3, 2020, respectively.

3. Nothing herein shall prejudice the Debtors' rights to seek further extensions of the exclusivity periods consistent with §1121(d) of the Bankruptcy Code or the rights of any party in interest to oppose any requests for such extensions.

**ORDER GRANTING MOTION TO EXTEND EXCLUSIVITY**
113130603\V-3

2

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01189-FLK11    Doc 571    Filed 09/04/19    Entered 09/04/19 10:28:27    Pg 2 of 3

///End of Order///

PRESENTED BY:

*/s/ Samuel R. Maizel*
SAMUEL R. MAIZEL (Admitted *Pro Hac Vice*)
SAM J. ALBERTS (WSBA #22255)
DENTONS US LLP

JAMES L. DAY (WSBA #20474)
THOMAS A. BUFORD (WSBA #52969)
BUSH KORNFELD LLP

*Attorneys for the Chapter 11
Debtors and Debtors In Possession*

**ORDER GRANTING MOTION
TO EXTEND EXCLUSIVITY**

3

113130603\V-3

BUSH KORNFELD LLP

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01189-FLK11    Doc 571    Filed 09/04/19    Entered 09/04/19 10:28:27    Pg 3 of 3