# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| IN RE: | Lead Case No. 19-01189-11 |
|---|---|
| ASTRIA HEALTH, et al. | Jointly Administered |
| Debtors and Debtors in Possession.[1] | **SUPPLEMENTAL CERTIFICATE OF SERVICE** |

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 29, 2019, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Declaration of No Objections and Request for Entry of an Order Granting Debtors' Motion for Entry of an Order Enlarging the Time within which the Debtors may Remove Actions** [Docket No. 541]; and

*(Continued on Next Page)*

---

[1] The Debtors, along with their case numbers, are as follows: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHC Holdco, LLC (19-01196-11), SHC Medical Center-Toppenish (19-01190-11), SHC Medical Center-Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-01200-11).

- **[Proposed] Order Enlarging the Time within which the Debtors may Remove Actions** [Docket No. 542].

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2019

/s/ Heather Fellows
Heather Fellows
KCC
222 N. Pacific Coast Highway
Suite 300
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
Limited Mailing List
Served via First Class Mail

| Description | CreditorName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Secured Creditor | Siemens Diagnostics Finance Co., LLC | 2501 Barrington Rd | Hoffman Est | IL | 60192-2061 |