# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ASTRIA HEALTH, *et al.*,<br><br>Debtors. | Case No.: 19-01189-WLH11<br><br>Jointly administered<br><br>**Order on *Ex Parte* Motion for Entry of an Order Sealing Status Report** |

THIS MATTER having come before the Court upon the *Ex Parte Motion for Entry of an Order Sealing Status Report* (the "Motion") filed by UMB Bank, N.A., as indenture trustee, and Lapis Advisers, LP, as agent (together, the "Lenders"). Unless otherwise defined, all capitalized terms herein have the meaning ascribed to such terms as in the Motion. The Court, having considered the Motion, as well as

Order on *Ex Parte* Motion for Entry of an
Order Sealing the Status Report - 1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

19-01189-WLH11   Doc 756   Filed 11/14/19   Entered 11/14/19 18:20:02   Pg 1 of 2

the Declaration of Ian A. Hammel in support of the Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Lenders are authorized to file the status report under seal.

///End of Order///

PRESENTED BY:

/s/ Mark D. Northrup
Mark D. Northrup
**MILLER NASH GRAHAM & DUNN, LLP**
2801 Alaskan Way, Suite #300
Seattle, WA 98121
Tel: 206-624-8300
Fax: 206-340-9599
Email: mark.northrup@millernash.com

and

William W. Kannel (*Pro Hac Vice*)
Ian A. Hammel (*Pro Hac Vice*)
Timothy J. McKeon (*Pro Hac Vice*)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: 617-542-6000
Fax: 617-542-2241
Email: bkannel@mintz.com
Email: iahammel@mintz.com
Email: tjmckeon@mintz.com

*Counsel to UMB Bank, N.A. as trustee and Lapis Advisers, LP, as agent*

Michael D. Sirota (*Pro Hac Vice*)
Ryan T. Jareck (*Pro Hac Vice*)
Michael Trentin (*Pro Hac Vice*)
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, NY 10019-6079
Tel: 212-752-8000
Fax: 212-752-8393
Email: msirota@coleschotz.com
Email: rjareck@coleschotz.com
Email: mtrentin@coleschotz.com

*Counsel to Lapis Advisers, LP, as agent*

Order on *Ex Parte* Motion for Entry of an
Order Sealing the Status Report - 2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

19-01189-WLH11    Doc 756    Filed 11/14/19    Entered 11/14/19 18:20:02    Pg 2 of 2