

1

2

3

4

5

6

7

8

9

10 **UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

11

12 In re:

Chapter 11
Lead Case No. 19-01189-11
Jointly Administered

13 ASTRIA HEALTH, *et al.*,

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE FOR SECOND EXTENSION OF THE EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES**

14 Debtors and Debtors in Possession.[1]

15

16 **[RELATED DOCKET NOS. 738, 746]**

17

18 [1] The Debtors, along with their case numbers, are as follows: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHS Holdco, LLC (19-01196-11), SHC Medical Center - Toppenish (19-01190-11), SHC Medical Center - Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-01200-11).

19

20

21

**ORDER GRANTING MOTION**
**TO EXTEND EXCLUSIVITY**
113130603\V-3
US_Active\113775276\V-1

1

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

The Court, having read and considered, the *Debtors' Motion for Entry of an Order Pursuant to Section 1121 of the Bankruptcy Code For Second Extension of the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances* [Docket No. 738] (the "Motion"), as well as the *Amended Notice of Debtors' Motion for Entry of an Order Pursuant to Section 1121 of the Bankruptcy Code For Second Extension of the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances* [Docket No. 746], providing that the Motion and the relief requested therein do not apply to JMB Capital Partners Lending, LLC; Lapis Advisers, LP; UMB Bank, N.A.; and the Official Committee of Unsecured Creditors (collectively, the "Exempt Parties"), and no objection or response having been filed; it further appearing that proper notice of the Motion had been provided; and good and sufficient cause having been shown,

IT IS HEREBY ORDERED:

1.     The Motion is granted as set forth herein.

2.     As to any party other than the Exempt Parties, the exclusivity periods within which the Debtors may file a plan of reorganization and obtain acceptances of such plan of reorganization (the "Exclusive Periods") are extended by an additional 60 days through and including January 31, 2020, and through and including March 31, 2020, respectively.

3.     The Exclusive Periods are not extended with respect to the Exempt

**ORDER GRANTING MOTION
TO EXTEND EXCLUSIVITY**
113130603\V-3
US_Active\113775276\V-1

2

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Parties.  The Exclusive Periods have irrevocably expired with respect to the Exempt Parties and any one or more of such parties may file and seek confirmation of a plan or plans in these cases.

4.    Nothing herein shall prejudice the Debtors' rights to seek further extensions of the exclusivity periods, as to any party other than the Exempt Parties, consistent with §1121(d) of the Bankruptcy Code or the rights of any party in interest to oppose any requests for such extensions.

///End of Order///

PRESENTED BY:

*/s/ Samuel R. Maizel*
SAMUEL R. MAIZEL (Admitted *Pro Hac Vice*)
SAM J. ALBERTS (WSBA #22255)
DENTONS US LLP

JAMES L. DAY (WSBA #20474)
THOMAS A. BUFORD (WSBA #52969)
BUSH KORNFELD LLP

*Attorneys for the Chapter 11*
*Debtors and Debtors In Possession*

*/s/ Robert M. Hirsh*
ROBERT M. HIRSH (Admitted *Pro Hac Vice*)
JORDANA RENERT (Admitted *Pro Hac Vice*)
ARENT FOX LLP

KEVIN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.

*Attorneys for JMB Capital Partners Lending, LLC*

**ORDER GRANTING MOTION
TO EXTEND EXCLUSIVITY**
113130603\V-3
US_Active\113775276\V-1

3

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone:  (213) 623-9300
Fax:  (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01189-WLH11   Doc 797   Filed 12/05/19   Entered 12/05/19 07:40:02   Pg 3 of 4

1
   */s/ Michael Sirota*
MICHAEL SIROTA (Admitted *Pro Hac Vice*)
RYAN T. JARECK (Admitted *Pro Hac Vice*)
2   MICHAEL TRENTIN (Admitted *Pro Hac Vice*)
COLE SHOTZ P.C.

3   *Counsel to Lapis Advisers, LP, as agent*

4
   */s/ William W. Kannel*
5   WILLIAM W. KANNEL (Admitted *Pro Hac Vice*)
IAN A. HAMMEL (Admitted *Pro Hac Vice*)
TIMOTHY J. MCKEON (Admitted *Pro Hac Vice*)
6   MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

7   MARK D. NORTHRUP
MILLER NASH GRAHAM & DUNN, LLP

8   *Counsel to UMB Bank, N.A., as trustee*
*And Lapis Advisers, LP, as agent*

9
   */s/ Andrew H. Sherman*
10   ANDREW H. SHERMAN (Admitted *Pro Hac Vice*)
BORIS MANKOVETSKIY (Admitted *Pro Hac Vice*)
SILLS SUMMIS & GROSS P.C.
11
JANE PEARSON (WSBA #12785)
12   POLSINELLI PC

   *Counsel for the Official Committee of Unsecured Creditors*
13

14

15

16

17

18

19

20

21

**ORDER GRANTING MOTION**
**TO EXTEND EXCLUSIVITY**     4
113130603\V-3
US_Active\113775276\V-1

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104