JAMES L. DAY (WSBA #20474)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel: (206) 521-3858
Email: jday@bskd.com

SAMUEL R. MAIZEL (Admitted *Pro Hac Vice*)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300
Fax: (213) 623-9924
Email: samuel.maizel@dentons.com

SAM J. ALBERTS (WSBA #22255)
DENTONS US LLP
1900 K. Street, NW
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756
Email: sam.alberts@dentons.com

*Attorneys for the Chapter 11 Debtors and Debtors In Possession*

HONORABLE WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ASTRIA HEALTH, *et al.*,<br><br>Debtors and Debtors in Possession.[1] | Chapter 11<br>Lead Case No. 19-01189-11<br>Jointly Administered<br><br>**DEBTORS' STATUS CONFERENCE REPORT**<br><br>HEARING:<br>Date/Time: December 18, 2019/11:00 a.m.<br>Location: U.S. Bankruptcy Court,<br> 402 E. Yakima Avenue, Second Floor Courtroom<br> Yakima, WA<br>Telephone Conference: (877) 402-9757, Access Code: 7036041 |

---

[1] The Debtors, along with their case numbers, are as follows: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHS Holdco, LLC (19-01196-11), SHC Medical Center - Toppenish (19-01190-11), SHC Medical Center - Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-01200-11).

STATUS CONFERENCE REPORT - 1

US_Active\113844161\V-2

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01189-WLH11    Doc 831    Filed 12/17/19    Entered 12/17/19 14:19:56    Pg 1 of 6

Astria Health and the above-referenced affiliated debtors (collectively, the "Debtors"), the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "Chapter 11 Cases"), by and through the undersigned counsel, hereby file this report (the "Status Conference Report"), and in support thereof state as follows:

**A.  Legal Proceedings**

    **1.  Debtor in Possession Financing**

On December 13, 2019, the Debtors filed a motion to obtain replacement Debtor in Possession financing [Docket No. 818] to replace its existing financing from JMB Capital Partners Lending, LLC, by lending from a current secured creditor, Lapis Advisers, LP.  The hearing on this motion is scheduled for 11:00 a.m. Pacific on December 18, 2019.  Objections are required to be filed no later than 11:00 a.m. Pacific on December 17, 2019.  The existing Debtor in Possession financing matures on December 31, 2019, and absent repayment by that date, on January 1, 2020, the Debtors will be obligated to pay a Stated Maturity Date Fee of 8% of the outstanding obligation (approximately $3,024,000).  Although JMB Capital gave the Debtors a proposal to extend its DIP financing, the terms presented by Lapis were significantly more favorable to the Debtors.

STATUS CONFERENCE REPORT - 2

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

US_Active\113844161\V-2

19-01189-WLH11    Doc 831    Filed 12/17/19    Entered 12/17/19 14:19:56    Pg 2 of 6

### 2. Debtors' Motion to Extend

The Debtors have filed a motion to extend the time for the Debtors to assume or reject non-residential real property leases [Docket No. 791]. The deadline for objections to that motion is December 24, 2019.

### B. Refinancing or Alternative Transactions

The Debtors' investment bankers, Piper Jaffray & Co. ("Piper Jaffray") have been sourcing and coordinating a refinancing or alternative transaction on behalf of the Debtors. Piper Jaffray developed marketing materials, including a "teaser" and a confidential information memorandum. Piper Jaffray also established an electronic data room containing key information for parties to conduct in-depth due diligence on the Debtors. To date, Piper Jaffray has sent the teaser to approximately twenty-eight (28) potentially interested parties, eleven (11) of which requested entry into and signed nondisclosure agreements and were granted access to the data room. The Debtors also expect at least one bid proposal to acquire assets no later than December 18, 2019 on some or all of the Debtors' hospitals. Additionally, one significant nonprofit hospital chain has been doing due diligence and has requested and been granted a short extension of time to submit its proposal. Piper Jaffray is currently working with several entities exploring providing financing for a plan of reorganization, and Debtors' management has had meetings with those entities. Piper Jaffray contacted approximately 132 financial institutions potentially interested in a

STATUS CONFERENCE REPORT - 3

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

US_Active\113844161\V-2

19-01189-WLH11    Doc 831    Filed 12/17/19    Entered 12/17/19 14:19:56    Pg 3 of 6

refinancing transaction with the Debtors, with 60 expressing enough interest to sign nondisclosure agreements and request additional information. Parties in both processes have conducted due diligence including management presentations and calls and site visits.

**C.     Business Operations**

The Debtors have historically funded operations at Astria Regional Medical Center ("ARMC") with excess cash generated by other Debtors' hospitals and clinics, primarily from Sunnyside, given the continual losses at ARMC. Postpetition, ARMC has been the largest and consistent drain on the Debtors' DIP Financing funds received from JMB, the existing DIP Lender. Postpetition, ARMC has not improved operationally sufficiently to reach a break-even status, as it continues to require significant cash infusions on a weekly basis. ARMC losses have increased as a result of declining patient utilization (recently ARMC averaged only 30 to 35 patients on a daily basis even though it has over 200 licensed beds), and combined with continued revenue cycle issues, has required a disproportionate allocation of DIP funds used to keep the hospital operating.

Moreover, in part because of anecdotal comments and opinions the Patient Care Ombudsman ("PCO") shared at the last public hearing, ARMC has experienced an increased turnover of nursing staff in the last six to eight weeks, making continued operations of a safe and effective hospital difficult. Notably, the issue the PCO

STATUS CONFERENCE REPORT    4

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

US_Active\113844161\V-2

referenced, without explicitly stating, was the absence of *excess* nurses. Her corresponding concern, which was not fully articulated, was that then-currently employed nurses could leave, and without *excess* nurses, such departure could strain the Medical Center's ability to care for patients. Unfortunately, those comments of potential future concerns actually increased uncertainty and, in the Debtors' view, thereby influenced nurse turnover. Replacing employed nurses with temporary staffing nurses is not a long-term solution to ensure patient care remains at a high quality level, and is significantly more expensive. Thus, these uncontextualized comments have had a detrimental impact on ARMC.

In addition, other healthcare facilities in the Yakima Valley have increased solicitation of ARMC's nursing staff. This was done, in part, by some entities, by that entities' employees contacting nurses employed by ARMC, telling those nurses that ARMC was closing (which was untrue) and encouraging those nurses to leave ARMC to work for that facility.

Finally, on December 2, 2019, the Washington State Department of Health ("DOH") issued a ruling granting Virginia Mason Memorial Hospital a Certificate of Need for an elective PCI program and denying the Debtors' Sunnyside facility a similar Certificate of Need. As is reflected in numerous pleadings filed with the Court, ARMC has a Certificate of Need for elective PCI procedures, including heart catheterization and other elective heart procedures. As such, ARMC was the only

STATUS CONFERENCE REPORT - 5

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

US_Active\113844161\V-2

hospital in the City of Yakima allowed to perform elective heart procedures in Yakima. This market differentiator has been a driving force in the Debtors' decision to fund losses at ARMC, as dedication to the community's access to healthcare is paramount.

Dated: December 17, 2019

DENTONS US LLP
SAMUEL R. MAIZEL
SAM J. ALBERTS

By _/s/ Samuel R. Maizel_
      SAMUEL R. MAIZEL

*Attorneys for the Chapter 11 Debtors and Debtors In Possession*

**STATUS CONFERENCE REPORT**

6

1
US_Active\113844161\V-2

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01189-WLH11    Doc 831    Filed 12/17/19    Entered 12/17/19 12:19:56    Pg 6 of 6