So Ordered.

Dated: January 21st, 2020

Whitman L. Holt
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>ASTRIA HEALTH, et al.<br><br>　　　Debtors and Debtors in Possession.[1] | Lead Case No. 19-01189-11<br><br>(Jointly Administered)<br><br>**ORDER CONTINUING FINAL HEARING REGARDING DEBTORS' MOTION FOR ORDER (I) AUTHORIZING THE DEBTORS TO OBTAIN REPLACEMENT POSTPETITION FINANCING**<br><br>**[RELATED DOCKET NOS. 818, 841]**<br><br>**Continued Final Hearing:**<br>　　February 5, 2020, 11:00 a.m. |

---

[1] The Debtors, along with their case numbers, are as follows: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHC Holdco, LLC (19-01196-11), SHC Medical Center-Toppenish (19-01190-11), SHC Medical Center-Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-19-01200-11).

ORDER CONTINUING
FINAL HEARING

113074493\V-1
US_Active\114073052\V-1

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**Dial-In Information:**
 (877) 402-9757, Access 7036041
**Location:**
 402 E. Yakima Avenue, 2nd Floor Courtroom, Yakima, Washington

Having considered the Debtors' *Notice of Motion and Motion to Continue Final Hearing Regarding Debtors' Motion for Order (I) Authorizing the Debtors to Obtain Replacement Financing* [Docket No. 909] (the "Motion");

**WHEREFORE**, the Official Committee of Unsecured Creditors, the United States Trustee and Lapis Advisers, LP, do not object to the relief sought in the Motion;

**WHEREFORE**, there appearing to be good cause;

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The Final Hearing on the Motion for Replacement DIP Financing is continued from January 22, 2020, at 11:00 a.m. (Pacific Time) to February 5, 2020, at 11:00 a.m. (Pacific Time).

///End of Order///

ORDER CONTINUING FINAL HEARING
113074493\V-1
US_Active\114073052\V-1

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2

19-01189-WLH11    Doc 916    Filed 01/21/20    Entered 01/21/20 10:37:12    Pg 2 of 3

PRESENTED BY:

　*/s/ Sam J. Alberts*
SAM J. ALBERTS (WSBA #22255)
SAMUEL R. MAIZEL (Admitted *Pro Hac Vice*)
DENTONS US LLP

JAMES L. DAY (WSBA #20474)
THOMAS A. BUFORD (WSBA #52969)
BUSH KORNFELD LLP

*Attorneys for the Chapter 11
Debtors and Debtors In Possession*

ORDER CONTINUING
FINAL HEARING

113074493\V-1
US_Active\114073052\V-1

19-01189-WLH11    Doc 916    Filed 01/21/20    Entered 01/21/20 10:37:12    Pg 3 of 3

3

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104