1 | JAMES L. DAY (WSBA #20474)        HONORABLE WHITMAN L. HOLT
     BUSH KORNFELD LLP
2 | 601 Union Street, Suite 5000
     Seattle, WA 98101
3 | Tel: (206) 292-2110
     Email: jday@bskd.com

4 | SAMUEL R. MAIZEL (Admitted *Pro Hac Vice*)
     SAM J. ALBERTS (WSBA #22255)
5 | DENTONS US LLP
     601 South Figueroa Street, Suite 2500
     Los Angeles, California 90017-5704
6 | Tel: (213) 623-9300
     Fax: (213) 623-9924
7 | Email: samuel.maizel@dentons.com
     Email: sam.alberts@dentons.com

8 | *Attorneys for the Chapter 11 Debtors and Debtors In Possession*

9 | **UNITED STATES BANKRUPTCY COURT**
     **EASTERN DISTRICT OF WASHINGTON**

10 | In re:                                    | Chapter 11
                                                | Lead Case No. 19-01189-11
11 | ASTRIA HEALTH, *et al*.,                   | Jointly Administered
12 |        Debtors and                         | **SUBMISSION OF SIGNATURE PAGE TO**
           Debtors in                           | **DECLARATION OF NATHAN WEED IN**
           Possession.[1]                       | **SUPPORT OF DEBTORS' EMERGENCY**
13 |                                            | **MOTION FOR APPROVAL OF LEASE OF**
                                                | **ASTRIA REGIONAL MEDICAL CENTER TO**
14 |                                            | **THE STATE OF WASHINGTON IN RESPONSE**
                                                | **TO THE COVID-19 PANDEMIC,** ***NUNC PRO***
                                                | ***TUNC*** **TO MARCH 30, 2020**
15 |                                            | **[RELATED DOCKET NO. 1151]**

16 |

17 | ――――――――――――――――――――

[1] The Debtors, along with their case numbers, are as follows: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHC Holdco, LLC (19-01196-11), SHC Medical Center - Toppenish (19-01190-11), SHC Medical Center - Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-01200-11).

21 | **SUBMISSION OF SIGNATURE PAGE**

DENTONS US LLP
SUITE 2500
601 South Figueroa Street
Los Angeles, California 90017-5704
T 213-623-9300 / F 213-623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104

1

US_Active\114524658\V-6
US_Active\114541898\V-1

Federal resources that can be utilized to treat COVID-19 patients if access to a facility cannot be gained by March 30, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 30th day of March, 2020.

_____
NATHAN WEED

**EMERGENCY MOTION TO**
**APPROVE LEASE OF ARMC**
25

DENTONS US LLP
SUITE 2500
601 South Figueroa Street
Los Angeles, California 90017-5704
T 213-623-9300 / F 213-623-9924

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, Suite 5000
Seattle, Washington 98101-2373
T 206 292 2110 / F 206 292 2104

19-01189-WA11524658\V-6 Doc 1154    Filed 03/31/20    Entered 03/31/20 06:37:58    Pg 2 of 2
US_Active\114524658\V-7