**SILLS CUMMIS & GROSS P.C.**  Honorable Whitman L. Holt
Andrew H. Sherman (*pro hac vice*)
Boris I. Mankovetskiy (*pro hac vice*)
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com

**POLSINELLI PC**
Jane Pearson, WSBA #12785
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone: (206) 393-5415
Email: jane.pearson@polsinelli.com

*Attorneys for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| IN RE:<br><br>ASTRIA HEALTH, et al.<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 19-01189-11<br>Jointly Administered<br><br>**NOTICE OF MONTHLY FEE APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE AND PAYMENT OF INTERIM** |
|---|---|

---

[1] The Debtors, along with their case numbers, are: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHS Holdco, LLC (19-01196-11), SHC Medical Center - Toppenish (19-01190-11), SHC Medical Center - Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-01200-11).

NOTICE OF SILLS CUMMIS &
GROSS MONTHLY FEE
APPLICATION - 1
72962588.1
72962588.1

| | |
|---|---|
| 1 | **COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD February 1-February 29, 2020** |
| 2 | |
| 3 | [No Hearing Required Pursuant to L.B.R. 2002-1(c)(1)] |

PLEASE TAKE NOTICE that Sills Cummis & Gross P.C. (the "**Firm**") has submitted its Monthly Fee Application (the "**Application**") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period 2/1/20—2/29/20 for work performed as co-counsel for the Official Committee of Unsecured Creditors (the "**Committee**"). These fees and expenses are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 2/1/20 – 2/29/20 | $12,424.50[2] | $0.00 | $12,424.50 |

At this time, the Firm seeks allowance of interim compensation in the amount of $9,939.60 (80% of the fees for services rendered).

Pursuant to this Court's *Order On Debtors' Motion Establishing Procedures For Monthly And Interim Payment Of Fees And Expense Reimbursement*, entered on August 6, 2019 [Dkt # 453], the Debtors are authorized to make the payment

---

[2] During the compensation period, the Firm's fees actually totaled $18,117.50. However, as noted in the *Declaration of Andrew H. Sherman in Support of Official Committee of Unsecured Creditors' Application for Order Approving Employment of Sills Cummis & Gross P.C. Nunc Pro Tunc to May 23, 2019* [Dkt # 285] (the "**Declaration**"), the Firm agreed that its blended hourly rate for each month will be capped at $495. *See* Declaration ¶ 11. After application of such discount, the Firm's fees for the compensation period were reduced to $12,424.50.

NOTICE OF SILLS CUMMIS &
GROSS MONTHLY FEE
APPLICATION - 2
72962588.1
72962588.1

requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Debtors, counsel to the Debtors, counsel to the Committee, counsel to the secured creditors, and the U.S. Trustee within fourteen (14) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtors are authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtors are authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

NOTICE OF SILLS CUMMIS & GROSS MONTHLY FEE APPLICATION - 3
72962588.1
72962588.1

| | | |
|---|---|---|
| 1 | Dated: March 31, 2020 | POLSINELLI PC |
| 2 | | By */s/ Jane Pearson* |
| | | Jane Pearson, WSBA #12785 |
| 3 | | 1000 Second Avenue, Suite 3500 |
| | | Seattle, WA 98104 |
| 4 | | Telephone: (206) 393-5415 |
| | | Email: jane.pearson@polsinelli.com |
| 5 | | |
| | | -and- |
| 6 | | |
| | | Andrew H. Sherman (*pro hac vice*) |
| 7 | | Boris Mankovetskiy (*pro hac vice*) |
| | | SILLS CUMMIS & GROSS P.C. |
| 8 | | One Riverfront Plaza |
| | | Newark N.J. 07102 |
| 9 | | Telephone: (973) 643-7000 |
| | | Email: asherman@sillscummis.com |
| 10 | | bmankovetskiy@sillscummis.com |
| 11 | | *Attorneys for the Official Committee of Unsecured Creditors* |

NOTICE OF SILLS CUMMIS & GROSS MONTHLY FEE APPLICATION - 4
72962588.1
72962588.1