# Notice Recipients

District/Off: 0980–2 | User: notice | Date Created: 4/3/2020
Case: 19–01189–WLH11 | Form ID: pdf002 | Total: 17

**Recipients of Notice of Electronic Filing:**
ombh Susan N Goodman     sgoodman@pivothealthaz.com
aty    Andrew H Sherman     asherman@sillscummis.com
aty    Boris I Mankovetskiy     bmankovetskiy@sillscummis.com
aty    Darin M Dalmat     dalmat@workerlaw.com
aty    David H Leigh     dleigh@rqn.com
aty    Dina L Yunker Frank     BCUYunker@atg.wa.gov
aty    Gary W Dyer     Gary.W.Dyer@usdoj.gov
aty    James L Day
    jday@bskd.com,malka.zeefe@dentons.com,sam.alberts@dentons.com,kathryn.howard@dentons.com,samuel.maizel@dentons.com,ECFpleading
aty    Jane Pearson     jane.pearson@polsinelli.com
aty    Richard J Hyatt     hyatt@ryanlaw.com
aty    Sam Alberts     sam.alberts@dentons.com,docket.general.lit.wdc@dentons.com
aty    Sara L Watkins     sara.watkins@yakimawa.gov
aty    Thomas A Buford     tbuford@bskd.com,geoffrey.miller@dentons.com
aty    Timothy Swanson     tim.swanson@moyewhite.com
aty    Valerie Bantner Peo     vbantnerpeo@buchalter.com

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty     Ryan T Jareck     Cole Schotz PC     Court Plaza North     25 Main Street     Hackensack, NJ 07601
aty     William W Kannel     Mintz, Levin, Cohn, Ferris, Glovsky, and     Popeo, PC     One Financial Center     Boston, MA 02111

TOTAL: 2