BARRY W. DAVIDSON, (WSBA #07908)
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 W. Riverside Avenue
Spokane, Washington 99201
Telephone: (509) 624-4600
Facsimile: (509) 623-1660
Email : bdavidson@dbm-law.net

*Attorney for Cerner Corporation*

DARRELL W. CLARK
STINSON LLP
1775 Pennsylvania Ave. N.W., Suite 800
Washington, DC 20006-4605
Tel: (202) 785-9100; Fax: (202) 785-9163
Email: darrell.clark@stinson.com

*Attorney for Cerner Corporation Pending Admission Pro Hac Vice*

HONORABLE WHITMAN L. HOLT

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re<br><br>ASTRIA HEALTH, *et al.*,<br><br>Debtors and Debtors in Possession.[1] | Chapter 11<br>Lead Case No. 19-01189-11<br>Jointly Administered<br><br>**REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF CERNER CORPORATION** |

---

[1] The Debtors, along with their case numbers, are as follows: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHS Holdco, LLC (19-01196-11), SHC Medical Center-Toppenish (19-01190-11), SHC Medical Center-Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-01200-11).

**REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF CERNER CORPORATION**

1

CORE/0011920.0295/160593023.2

COMES NOW Cerner Corporation, on behalf of itself and its affiliates (collectively, "Cerner"), creditors and parties-in-interest of Astria Health, *et al.* ("Debtors"), by and through undersigned counsel, and files this Request for Allowance and Payment of Administrative Expense Claim (the "Administrative Request"). In support of its Administrative Request, Cerner states as follows:

## BACKGROUND

1. On May 6, 2019 ("Petition Date"), the Debtors each filed a Petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Washington.

2. Prior to the Petition Date, debtor Astria Health, as Regional Health, entered into a Cerner Business Agreement with Cerner. Since the execution of the Cerner Business Agreement, Astria Health has entered into various additional contracts, sales orders, amendments, schedules and arrangement letters with Cerner (collectively with the Cerner Business Agreement, these contracts, sales orders, amendments, schedules and arrangement letters are referred to as the "Agreement"). Under the terms of the Agreement, the Debtors licensed from Cerner certain software solutions necessary to the operations of the Debtors' hospital facilities. Through the Agreement, the Debtors also purchased various professional services and ordered software support associated with the healthcare information software

licensed through the Agreement.

3. SHC Medical Center-Yakima ("ARMC") was a "Permitted Facility" receiving services through the Agreement.

4. After the Petition Date, the Debtors have continued to operate Cerner's software under the license granted by Cerner and Cerner continued to provide healthcare information technology and services to the Debtors, including to ARMC. The Debtors have not stayed current in their payments to Cerner for post-petition use of the licenses or services.

5. On June 5, 2020, the Debtors filed a Motion for Entry of an Order (I) Fixing the First Interim Bar Date for Filing Certain Postpetition Administrative Expense Claims and (II) Approving the Form of Notice of the Administrative Expense Claims Bar Date [Dkt. No. 1350] (the "Admin Bar Date Motion"). An order granting the Admin Bar Date Motion was entered on June 17, 2020 [Dkt. No. 1416].

6. The Admin Bar Date Motion excludes from those who must file administrative expense claims providers of goods and services to the Debtors in the ordinary course of business. However, vendors of goods and services to ARMC are not included within the exception.

7. For the period from the Filing Date through June 17, 2020, the Debtors owe Cerner $2,125,497.75 for equipment, software, maintenance, support, licensing

fees and related obligations provided to ARMC under the Agreement. *See* Account Summary, attached hereto as Exhibit A and incorporated by this reference.[2]

### RELIEF REQUESTED AND BASIS THEREFORE

8.  Section 503 of the Bankruptcy Code states that an entity shall be allowed an administrative expense claim for the "actual, necessary costs and expenses of preserving the estate…." 11 U.S.C. § 503(b)(1)(A). An administrative expense claim will be allowed where the expense "(1) arose from a transaction with the debtor-in-possession as opposed to the preceding entity (or, alternatively, that the claimant gave consideration to the debtor-in-possession); and (2) directly and substantially benefited the estate." *Microsoft Corp. v. DAK Indus. (In re DAK Indus.)*, 66 F.3d 1091, 1094 (9th Cir. Cal. 1995).

9.  For the period from the Petition Date to the date the order approving the Admin Bar Date Motion was entered, the Debtors owe Cerner $2,125,497.75

---

[2] The documentary evidence that supports this Request is too voluminous to attach to the Request, and contains, in part, confidential information. The evidence should be part of the Debtors' business records, but copies will be provided to the Debtors (or to others with appropriate confidentiality measures) upon request. As shown in the Summary of Open Invoices attached hereto as Exhibit B and incorporated by this reference, the total postpetition amount currently owed Cerner for services provided under the Agreement is $5,135,736.00. In reliance on the exclusion in the Admin Bar Date Motion for providers of goods and services in the ordinary course of business to the Debtors other than ARMC, Cerner is only including the amounts allocated to ARMC in this Administrative Request. The Summary of Account attached as Exhibit A is an excerpt from the totals shown on Exhibit B. Correspondingly, although as counterparty to and "Client" under the Agreement, Astria Health is liable for the entire postpetition balance, Cerner is filing this Administrative Request in abundance of caution based on services that were provided to ARMC as a Permitted Facility under the Agreement.

under the Agreement for services provided to ARMC, which have not been paid. Through the equipment and software acquired, and use of the licensed technology authorized under the terms of the Agreement, ARMC was able to operate the hospital and care for its patients. These licenses and services were essential to the successful operation of the facility.

10. Cerner provided the software solutions to ARMC in the ordinary course of the debtor's business as post-petition services necessary to preserve the value of the debtor's estate and to allow ARMC to explore the possibility of a sale of its facility as a going concern. Accordingly, the services were "actual, necessary" costs of preserving the estate and pursuant to §503(b)(1)(A) of the Bankruptcy Code, Cerner is entitled to allowance of its post-petition claim in the amount of $2,125,497.75 as an administrative expense claim, which administrative expense claim is entitled to priority distribution pursuant to § 507(a)(2) of the Bankruptcy Code.

11. Cerner submits this Administrative Request as required to preserve its rights under the order approving the Admin Bar Date Motion. Cerner has a right to arbitrate any disputes under the Agreement, and is not waiving and reserves the right to enforce such provisions in accordance with relevant law.

WHEREFORE, Cerner Corporation respectfully requests that this Court enter an order finally allowing Cerner's administrative expense claim as set forth above;

REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF CERNER CORPORATION

5

CORE/0011920.0295/160593023.2

19-01189-WLH11    Doc 1573    Filed 07/22/20    Entered 07/22/20 15:38:01    Pg 5 of 11

directing payment of the full balance to Cerner; and granting such other and further relief as this Court deems just and equitable.

DATED: July 22, 2020

      */s/ Barry W. Davidson*
      BARRY W. DAVIDSON (WSBA #07908)
      DAVIDSON BACKMAN MEDEIROS PLLC
      1550 Bank of America Financial Center
      601 W. Riverside Avenue
      Spokane, Washington 99201
      Telephone: (509) 624-4600
      Facsimile: (509) 623-1660
      Email : bdavidson@dbm-law.net

      *Attorneys for Cerner Corporation*

      DARRELL W. CLARK
      STINSON LLP
      1775 Pennsylvania Ave. N.W., Suite 800
      Washington, DC 20006-4605
      Tel: (202) 785-9100; Fax: (202) 785-9163
      Email: darrell.clark@stinson.com

      *Attorney for Cerner Corporation*
      *Pending Pro Hac Vice Admission*

EXHIBIT A - Administrative Expense Claim of Cerner Corporation
**Summary of Account**

| Agreement Reference* | Opportunity | Product Group | Monthly Amount | Allocation for ARMC May, 2019- June 2020 |
|---|---|---|---|---|
| Schedule 1 | 1-4R1CBQQ | ASP Recurring Fees | 2,533.18 | 35,464.45 |
| Schedule 1 | 1-4R1CBQQ | Equipment Maintenance | 213.41 | 2,987.75 |
| Schedule 1 | 1-4R1CBQQ | Implementation Milestone | 24,948.84 | 349,283.77 |
| Schedule 1 | 1-4R1CBQQ | IP Support | 3,751.61 | 52,522.54 |
| Schedule 1 | 1-4R1CBQQ | Managed Svcs Recurring | 29,864.80 | 418,107.20 |
| Schedule 1 | 1-4R1CBQQ | SCS Recurring | 5,279.34 | 73,910.76 |
| Schedule 1 | 1-4R1CBQQ | Sublicense Software Support | 3,780.29 | 52,924.06 |
| Schedule 1 | 1-4R1CBQQ | Subscriptions Recurring | 11,925.36 | 166,955.04 |
| Schedule 1 | 1-4R1CBQQ | LSW | 5,190.02 | 72,660.22 |
| Schedule 1 | 1-4R1CBQQ | ASP/ SCS Set up fee | 826.30 | 11,568.16 |
| Schedule 1 | 1-4R1CBQQ | Subscription Setup Fee | 1,101.91 | 15,426.73 |
| Schedule 1 | 1-4R1CBQQ | Professional services/ ATG | 238.05 | 3,332.73 |
| Schedule 1 | 1-4R1CBQQ | Equipment | 35,620.63 | 498,688.82 |
| Schedule 1 | 1-4R1CBQQ | SLSW | 4,700.78 | 65,810.88 |
| Schedule 1 | 1-4R1CBQQ | Managed Svcs One-time | 334.21 | 4,678.90 |
| Schedule 2 | 1-5X1CBN2 | IP Support | 426.11 | 5,965.54 |
| Schedule 2 | 1-5X1CBN2 | SCS recurring | 4,087.21 | 57,220.94 |
| Schedule 2 | 1-5X1CBN2 | MNSRVREC | 2,133.20 | 29,864.80 |
| Schedule 2 | 1-5X1CBN2 | AMS | 646.36 | 9,049.03 |
| Schedule 2 | 1-5X1CBN2 | EQM | 128.33 | 1,796.62 |
| Schedule 2 | 1-5X1CBN2 | ASP/ SCS Set up fee | 363.62 | 5,090.68 |
| Schedule 2 | 1-5X1CBN2 | Professional services/ ATG | 4,678.14 | 65,493.97 |
| Schedule 2 | 1-5X1CBN2 | Equipment | 594.50 | 8,322.97 |
| Schedule 2 | 1-5X1CBN2 | Managed Svcs One-time | 74.85 | 1,047.90 |
| Sales Order | 1-69670WR | IP Support | 44.02 | 616.33 |
| Sales Order | 1-69670WR | Subscriptions recurring | 8,336.21 | 116,706.94 |
| **Total** | | | **151,821.27** | **2,125,497.75** |

*The Cerner Business Agreement, including the Sales Order and Schedules 1 and 2, should be part of the Debtors' business records, but copies will be provided to the Debtors (or to others with appropriate confidentiality measures) upon request.

| Client | Short Name | Name | Unit | As Of | Item ID | Amount | Pre | Post |
|---|---|---|---|---|---|---|---|---|
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-05-16 | 101406419 | (375.96) | (375.96) | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-05-21 | 101406157 | 29,729.55 | 29,729.55 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-05-21 | 101406571 | 1,877.49 | 1,877.49 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-05-21 | 101406734 | 439.97 | 439.97 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-04 | 101416067 | 1,068.52 | 1,068.52 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-06 | 101419108 | 1,599.08 | 1,599.08 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-13 | 101421276 | 4,264.48 | 4,264.48 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-13 | 101421277 | 10,411.11 | 10,411.11 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-13 | 101421308 | 1,189.06 | 1,189.06 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-19 | 101423460 | 371.67 | 371.67 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-19 | 101423502 | 600.00 | 600.00 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-06-27 | 101419865 | 23,767.67 | 23,767.67 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-27 | 101419979 | 1,952.78 | 1,952.78 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-30 | 101430817 | 1,800.00 | 1,800.00 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-30 | 101431237 | 33,943.18 | 33,943.18 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-30 | 101431342 | 465.26 | 465.26 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-30 | 101432418 | 179,726.88 | 179,726.88 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-30 | 101432465 | 192,171.87 | 192,171.87 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-06-30 | 101432987 | 179,995.55 | 179,995.55 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-07-13 | 101437651 | 14,343.58 | 14,343.58 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-07-13 | 101437880 | 900.00 | 900.00 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-07-18 | 101440133 | 24,240.81 | 24,240.81 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-07-24 | 101440691 | 41.40 | 41.40 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-07-24 | 101444114 | 3,150.00 | 3,150.00 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-07-24 | 101444115 | 5,095.00 | 5,095.00 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-07-25 | 101434883 | 86,432.74 | 86,432.74 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-07-25 | 101435012 | 4,919.23 | 4,919.23 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-07-25 | 101435119 | 3,409.56 | 3,409.56 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-07-25 | 101435300 | 1,963.30 | 1,963.30 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-07-25 | 101444368 | 3,288.80 | 3,288.80 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-08-01 | 101445241 | 20,654.95 | 20,654.95 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-08-03 | 101446968 | 475,162.23 | 475,162.23 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-08-03 | 101447030 | 43,439.10 | 43,439.10 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-08-08 | 101449284 | 5,618.83 | 5,618.83 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-08-08 | 101449286 | 728.33 | 728.33 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-08-22 | 101449969 | 88,728.43 | 88,728.43 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-08-22 | 101450285 | 7,789.18 | 7,789.18 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-08-22 | 101456399 | 2,709.37 | 2,709.37 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-08-22 | 101456441 | 1,100.39 | 1,100.39 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-08-24 | 101452314 | 380.14 | 380.14 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-08-29 | 101457259 | 142,233.24 | 142,233.24 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-05 | 101460325 | 1,068.52 | 1,068.52 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-11 | 101465143 | 776.88 | 238.17 | 538.71 |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-12 | 101465564 | 70,866.68 | 70,866.68 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-12 | 101465572 | 2,109.90 | 2,109.90 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-13 | 101465720 | 4,264.48 | 4,264.48 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-13 | 101465721 | 10,411.11 | 10,411.11 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-18 | 101466238 | 3,677.72 | 2,649.97 | 1,027.75 |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-18 | 101466595 | 371.67 | 371.67 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-19 | 101468161 | 98,432.77 | 98,432.77 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-09-26 | 101463825 | 86,348.51 | 86,348.51 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-26 | 101463925 | 4,695.13 | 4,695.13 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-26 | 101464007 | 7,903.43 | 7,903.43 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-26 | 101464132 | 5,978.17 | 5,852.37 | 125.80 |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-26 | 101465587 | 427.28 | 427.28 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-26 | 101467385 | 1,729.92 | 1,729.92 | - |

| Client | Short Name | Name | Unit | As Of | Item ID | Amount | Pre | Post |
|---|---|---|---|---|---|---:|---:|---:|
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-29 | 101475025 | 135,312.76 | 135,312.76 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-29 | 101475105 | 1,293.72 | 1,293.72 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-09-29 | 101476867 | 418.73 | 418.73 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-10-01 | 101472110 | 7,270.20 | 2,897.45 | 4,372.75 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-10-24 | 101481773 | 66,377.15 | 66,377.15 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-10-24 | 101482106 | 108,624.69 | 85,638.35 | 22,986.34 |
| 97018 | REGH_WA | Astria Health | REVWX | 2018-10-24 | 101482975 | 1,298.77 | 1,298.77 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-10-24 | 101487697 | 3,150.00 | 3,150.00 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-10-24 | 101487698 | 5,095.00 | 5,095.00 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-10-26 | 101484256 | 6,465.64 | 6,465.64 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-11-02 | 101490371 | 475,162.29 | 475,162.29 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-11-02 | 101490423 | 43,439.10 | 43,439.10 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-11-16 | 101493250 | 8,918.61 | 8,918.61 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-11-16 | 101493734 | 77,067.00 | 60,057.66 | 17,009.34 |
| 97018 | REGH_WA | Astria Health | CORP | 2018-11-20 | 101495248 | 12,256.24 | 12,256.24 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-11-20 | 101502474 | 1,068.52 | 1,068.52 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-11-21 | 101503006 | 900.00 | 900.00 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-11-29 | 101506260 | 4,264.48 | 4,264.48 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-11-29 | 101506261 | 10,411.11 | 10,411.11 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-12-04 | 101507193 | 371.67 | 371.67 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-12-11 | 101510921 | 55,540.05 | 15,825.11 | 39,714.94 |
| 97018 | REGH_WA | Astria Health | CORP | 2018-12-21 | 101513142 | 10,280.25 | 10,280.25 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2018-12-26 | 101509344 | 9,214.86 | 9,214.86 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2018-12-26 | 101509875 | 1,501.50 | 1,170.11 | 331.39 |
| 97018 | REGH_WA | Astria Health | REVWX | 2018-12-26 | 101510473 | 3,266.55 | 3,266.55 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-01-10 | 101523625 | 900.00 | 900.00 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-01-15 | 101525442 | 2,074.51 | 1,374.63 | 699.88 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2019-01-23 | 101526005 | 7,651.38 | 7,651.38 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-01-23 | 101526189 | 505.12 | 505.12 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-01-23 | 101526534 | 239,453.30 | 239,336.77 | 116.53 |
| 97018 | REGH_WA | Astria Health | REVWX | 2019-01-23 | 101527223 | 1,164.29 | 1,164.29 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-01-24 | 101527784 | 17,937.89 | 17,937.89 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-01-24 | 101531764 | 2,700.00 | 2,244.94 | 455.06 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2019-01-31 | 101534356 | 475,162.29 | 346,042.10 | 129,120.19 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-01-31 | 101534403 | 40,852.74 | 29,751.45 | 11,101.29 |
| 97018 | REGH_WA | Astria Health | REVWX | 2019-02-19 | 101538285 | 849,918.33 | 849,918.33 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-02-19 | 101539934 | 10,136.40 | 10,136.40 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2019-02-20 | 101537395 | 711.96 | 711.96 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-02-20 | 101537751 | 29,645.80 | 29,645.80 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-03-05 | 101550631 | 1,068.52 | 422.71 | 645.81 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-03-14 | 101554726 | 4,264.48 | 2,545.99 | 1,718.49 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-03-14 | 101554727 | 18,233.33 | 10,682.42 | 7,550.91 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-03-19 | 101555463 | 2,586.36 | 1,883.54 | 702.82 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-03-19 | 101555474 | 371.67 | 147.03 | 224.64 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-03-27 | 101544883 | 19,000.00 | 19,000.00 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-03-27 | 101544884 | 39,490.00 | 39,490.00 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-03-27 | 101556424 | 8,362.33 | 8,362.33 | - |
| 97018 | REGH_WA | Astria Health | REVWX | 2019-03-30 | 101557386 | 246,856.15 | 246,856.15 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-03-30 | 101563594 | 275.15 | 275.15 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-03-30 | 101565221 | 1,764.48 | 559.59 | 1,204.89 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-04-10 | 101566957 | 900.00 | 9.78 | 890.22 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-04-23 | 101571756 | 22,946.97 | 22,946.97 | - |
| 97018 | REGH_WA | Astria Health | REVWX | 2019-04-23 | 101575007 | 278,575.49 | 278,575.49 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-04-23 | 101575033 | 2,700.00 | - | 2,700.00 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2019-04-24 | 101569257 | 1,877.60 | 1,877.60 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-04-24 | 101569313 | 1,037.95 | 1,037.95 | - |

EXHIBIT B - Administrative Expense Claim of Cerner Corporation
**Summary of Open Invoices**

| Client | Short Name | Name | Unit | As Of | Item ID | Amount | Pre | Post |
|---|---|---|---|---|---|---:|---:|---:|
| 97018 | REGH_WA | Astria Health | CORP | 2019-04-24 | 101569739 | 43,558.20 | 43,558.20 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-04-24 | 101575243 | 275.91 | 275.91 | - |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2019-05-03 | 101577811 | 475,162.30 | - | 475,162.30 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-05-03 | 101577864 | 43,439.10 | - | 43,439.10 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-05-22 | 101575558 | 1,050.00 | 1,050.00 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-05-22 | 101581188 | 9,270.00 | 9,270.00 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-05-24 | 101585768 | 31,133.54 | 31,133.54 | - |
| 97018 | REGH_WA | Astria Health | REVWX | 2019-05-24 | 101588716 | 349,159.39 | 349,159.39 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-05-30 | 101590817 | 269.75 | 269.75 | - |
| 97018 | REGH_WA | Astria Health | CORP | 2019-06-04 | 101593766 | 1,068.52 | - | 1,068.52 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-06-13 | 101598189 | 4,264.48 | 1,895.04 | 2,369.44 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-06-13 | 101598190 | 10,411.11 | - | 10,411.11 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-06-14 | 101598413 | 280.55 | - | 280.55 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-06-14 | 101598419 | 281.32 | - | 281.32 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-06-18 | 101600151 | 371.67 | - | 371.67 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-06-25 | 101598861 | 11,035.64 | 2,758.96 | 8,276.68 |
| 97018 | REGH_WA | Astria Health | REVWX | 2019-06-25 | 101600714 | 354,502.95 | 68,613.47 | 285,889.48 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-06-26 | 101597815 | 1,050.00 | - | 1,050.00 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2019-07-24 | 101612588 | 4,423.96 | - | 4,423.96 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-07-09 | 101610380 | 900.00 | - | 900.00 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-07-24 | 101612862 | 5,462.43 | - | 5,462.43 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-07-24 | 101615297 | 9,336.74 | - | 9,336.74 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-07-24 | 101619038 | 2,700.00 | - | 2,700.00 |
| 97018 | REGH_WA | Astria Health | REVWX | 2019-07-25 | 101616177 | 265,179.74 | - | 265,179.74 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2019-08-05 | 101621692 | 475,162.29 | - | 475,162.29 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-08-05 | 101621769 | 43,439.10 | - | 43,439.10 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-08-21 | 101624390 | 7,179.61 | - | 7,179.61 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-08-21 | 101624418 | 1,167.47 | - | 1,167.47 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-08-22 | 101628945 | 3,677.89 | - | 3,677.89 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-08-22 | 101630001 | 10,047.57 | - | 10,047.57 |
| 97018 | REGH_WA | Astria Health | REVWX | 2019-08-22 | 101631052 | 224,963.73 | - | 224,963.73 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-09-03 | 101637515 | 1,068.52 | - | 1,068.52 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-09-11 | 101642029 | 4,264.48 | - | 4,264.48 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-09-11 | 101642030 | 10,411.11 | - | 10,411.11 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-09-16 | 101644008 | 3,560.70 | - | 3,560.70 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-09-17 | 101644286 | 371.67 | - | 371.67 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-09-23 | DIP4631231 | (6,066.50) | - | (6,066.50) |
| 97018 | REGH_WA | Astria Health | CORP | 2019-09-26 | 101642523 | 25,759.87 | - | 25,759.87 |
| 97018 | REGH_WA | Astria Health | REVWX | 2019-09-26 | 101649003 | 221,225.09 | - | 221,225.09 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-09-28 | 101650338 | 281.32 | - | 281.32 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-10-08 | 101653416 | 900.00 | - | 900.00 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-10-22 | 101658090 | 39,331.45 | - | 39,331.45 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-10-22 | 101662506 | 2,700.00 | - | 2,700.00 |
| 97018 | REGH_WA | Astria Health | REVWX | 2019-10-23 | 101662629 | 219,465.80 | - | 219,465.80 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-10-31 | 101665272 | 43,439.10 | - | 43,439.10 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-11-21 | 101670845 | 37,658.53 | - | 37,658.53 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-11-19 | 101675390 | 1,068.52 | - | 1,068.52 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-11-22 | 101676746 | 281.32 | - | 281.32 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-12-03 | 101679817 | 4,264.48 | - | 4,264.48 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-12-03 | 101679818 | 10,411.11 | - | 10,411.11 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-12-04 | 101680147 | 371.67 | - | 371.67 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-12-20 | 101683734 | 2,279.71 | - | 2,279.71 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-12-10 | 101685634 | 55,540.05 | - | 55,540.05 |
| 97018 | REGH_WA | Astria Health | CORP | 2019-12-21 | 101687409 | 33,343.67 | - | 33,343.67 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-01-01 | 101689989 | 1,068.86 | - | 1,068.86 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-01-01 | 101690066 | 1,869.82 | - | 1,869.82 |

CORE/0011920.0295/160628452.1

| Client | Short Name | Name | Unit | As Of | Item ID | Amount | Pre | Post |
|---|---|---|---|---|---|---:|---:|---:|
| 97018 | REGH_WA | Astria Health | CORP | 2019-12-26 | 101693325 | 281.32 | - | 281.32 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-01-10 | 101698429 | 900.00 | - | 900.00 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-01-29 | 101701130 | 2,290.08 | - | 2,290.08 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-01-31 | 101702890 | 37,135.36 | - | 37,135.36 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-01-22 | 101704445 | 2,700.00 | - | 2,700.00 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-01-27 | 101707242 | 281.32 | - | 281.32 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-01-30 | 101708719 | 43,439.10 | - | 43,439.10 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-02-20 | 101715217 | 36,597.58 | - | 36,597.58 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-03-03 | 101721825 | 1,068.52 | - | 1,068.52 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-03-12 | 101729991 | 4,264.48 | - | 4,264.48 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-03-12 | 101729992 | 10,411.11 | - | 10,411.11 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-03-17 | 101730774 | 371.67 | - | 371.67 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-03-23 | 101731316 | 18,017.14 | - | 18,017.14 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-03-26 | 101734601 | 4,855.50 | - | 4,855.50 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-03-31 | 101739452 | 560.00 | - | 560.00 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-04-13 | 101742804 | 900.00 | - | 900.00 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-04-21 | 101745592 | 2,700.00 | - | 2,700.00 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-04-27 | 101746043 | 23,153.82 | - | 23,153.82 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-05-01 | 101751455 | 77,860.81 | - | 77,860.81 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-05-12 | 101755404 | 245,304.80 | - | 245,304.80 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-05-24 | 101757240 | 23,438.79 | - | 23,438.79 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-06-01 | 101759768 | 11,516.24 | - | 11,516.24 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-06-02 | 101763468 | 1,069.51 | - | 1,069.51 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-06-11 | 101767770 | 4,266.25 | - | 4,266.25 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-06-11 | 101767771 | 10,411.11 | - | 10,411.11 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-06-16 | 101768296 | 371.67 | - | 371.67 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-06-22 | 101769045 | 13,791.37 | - | 13,791.37 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-07-01 | 101772547 | 11,516.24 | - | 11,516.24 |
| 97018 | REGH_WA | Astria Health | CORP | 2020-07-14 | 101782906 | 900.00 | - | 900.00 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2019-10-23 | 101656495 | 1,920.83 | - | 1,920.83 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2019-10-31 | 101665222 | 475,162.29 | - | 475,162.29 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2019-12-20 | 101684377 | 1,951.88 | - | 1,951.88 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2020-01-30 | 101708686 | 475,162.29 | - | 475,162.29 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2020-05-01 | 101751410 | 275,499.21 | - | 275,499.21 |
| 7021 | SCHO_WA | Astria Sunnyside Hospital | CORP | 2020-05-01 | 101751411 | 475,316.91 | - | 475,316.91 |
| | | | | | | 10,678,964.83 | 5,543,228.83 | **5,135,736.00** |

The invoices themselves are voluminous and are not attached hereto. They should be part of the Debtors' business records, but copies will be provided to the Debtors (or to others with appropriate confidentiality measures) upon request.