Barry W. Davidson (WSBA No. 07908)
Bruce K. Medeiros (WSBA No. 16380)
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
Telephone: (509) 624-4600
Facsimile: (509) 623-1660
Email: bdavidson@dbm-law.net
bmedeiros@dbm-law.net

*Attorneys for Cerner Corporation*

HONORABLE WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re. . .<br><br>**ASTRIA HEALTH,** *et al.*,<br><br>Debtors and Debtors in Possession.[1] | Jointly Administered Under:<br>Lead Case No. **19-01189-WLH11**<br>Chapter **11**<br><br>**CERNER CORPORATION'S MOTION FOR ADMISSION PRO HAC VICE OF PATRICK FANNING** |

Pursuant to Rule 83.2(c) of the Local Rules for the District Court for the Eastern District of Washington and Rule 9010(a)(3) of the Local Rules for the Bankruptcy Court for the Eastern District of Washington, Bruce K. Medeiros, a member in good standing of the Washington State Bar and of the United States District Court for the Eastern District of Washington, files this motion on behalf of Cerner Corporation for the admission *pro hac vice* of Patrick Fanning in the above captioned proceeding, based upon the following:

---

[1] The Debtors and their respective case numbers are as follows: Astria Health (19-01189-11); Glacier Canyon, LLC (19-01193-11); Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11); SHC Holdco, LLC (19-01196-11); SHC Medical Center-Toppenish (19-01190-11); SHC Medical Center-Yakima (19-01192-11); Sunnyside Community Hospital Association (19-01191-11); Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11); Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11); Yakima Home Care Holdings, LLC (19-01201-11); and Yakima HMA Home Health, LLC (19-01200-11).

1. Applicant's business address, phone number, and email:

> Patrick Fanning
> PEAK LITIGATION LLP
> 4900 Main Street, Suite 160
> Kansas City, Missouri 64112
> (816) 281-5405 (direct)
> pfanning@peaklitigation.com

2. Dates of admission to practice before other courts:

| COURT: | ADMISSION YEAR: |
|---|---|
| State of Missouri | 1998 |
| U.S. District Court for the Western District of Missouri | 1998 |
| State of Kansas | 1999 |
| U.S. District Court for the District of Kansas | 1999 |
| U.S. Courts of Appeals for the Eighth Circuit | 2001 |
| U.S. Courts of Appeals for the Sixth Circuit | 2008 |
| U.S. Courts of Appeals for the Second Circuit | 2018 |

3. Name, address, phone number, and email of admitted counsel with whom the applicant will be associated:

> Bruce K. Medeiros
> DAVIDSON BACKMAN MEDEIROS PLLC
> 1550 Bank of America Financial Center
> 601 West Riverside Avenue
> Spokane, Washington 99201
> (509) 624-4600
> bmedeiros@dbm-law.net

4. The requested admission and appearance by the applicant: Patrick Fanning is necessary because he has an established attorney-client relationship with Cerner Corporation, and is experienced in representing the interests of Cerner Corporation in commercial litigation and transactions. Cerner Corporation has retained Patrick Fanning as counsel in this case, and as counsel in any related cases, proceedings, and appeals. The applicant seeks admission pro hac vice to enable the applicant to represent Cerner Corporation in this case, and to represent Cerner Corporation in any related cases, proceedings, and appeals.

5. The applicant has no pending disciplinary or sanction actions and has never been subject to any disciplinary sanctions by any court or bar association.

6. The required filing fee of $200.00 has been paid or is tendered herewith pursuant to Local Bankruptcy Rule 9010-1 and Rule 83.2(c) of the Local Rules for the District Court for the Eastern District of Washington.

Based upon the foregoing, the undersigned respectfully requests the entry of an Order admitting Mr. Patrick Fanning to appear *pro hac vice* as counsel for Cerner Corporation in this case, and as counsel in any related cases, proceedings and appeals.

\\\\\

\\\\\

\\\\\

\\\\\

DATED this 3rd day of December 2020.

       DAVIDSON BACKMAN MEDEIROS PLLC

         /s/ Bruce K. Medeiros
       Barry W. Davidson, WSBA No. 07908
       Bruce K. Medeiros, WSBA No. 16380
       1550 Bank of America Financial Center
       601 West Riverside Avenue
       Spokane, Washington  99201
       Telephone: (509) 624-4600
       Facsimile: (509) 623-1660
       Email:  bdavidson@dbm-law.net
           bmedeiros@dbm-law.net

       *Attorneys for Cerner Corporation*